UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP - 3 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Plaintiff, | * |
| v. | *   CIVIL NO. B-04-152 |
| | * |
| ONE PIECE OF REAL PROPERTY | * |
| LOCATED IN HIDALGO COUNTY, | * |
| TEXAS, Defendant. | * |

**PLAINTIFF'S STATEMENT OF PERSONS AND ENTITIES
KNOWN TO HAVE A FINANCIAL INTEREST
IN THIS LITIGATION**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the United States of America, by and through its United States Attorney for the Southern District of Texas and its Assistant United States Attorney assigned to this matter, and would respectfully show the Court that the persons or entities known to have a financial interest in this litigation are the United States of America, Cameron County, Texas, and other taxing authorities for which Cameron County, Texas, collects taxes on real properties. Plaintiff would further respectfully show the Court that Balmaro Barron, Josefina Barron, Javier Barron, Marina Barron, Robert King, Trustee, and/or Neta VanBebber, may also have a financial interest in this litigation.

Respectfully submitted,

MICHAEL T. SHELBY
UNITED STATES ATTORNEY

Allan Hoffmann
Assistant U. S. Attorney
Attorney-in-Charge
Texas Bar No. 09778700
Southern District No. 6042
1701 W. Business 83, Suite 600
McAllen, Texas 78501-5159
(956) 630-3173

**CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the foregoing instrument Forfeiture was mailed via certified mail, return receipt requested to:

Mr. Javier Barron  
1639 Enesco  
San Jose, California 95121

Ms. Marina Barron  
1639 Enesco  
San Jose, California 95121

Ms. Neta VanBebber  
13 Pizarro  
Brownsville, TX 78520

Mr. John Robert King, Trustee  
1906 E. Harrison  
Harlingen, TX 78550

Cameron County, Texas  
c/o Mr. Kent Rider  
Attorney at Law  
P. O. Box 17428  
Austin, TX 78760

on this the __1st__ day of __September__, 2004.

_____  
Allan Hoffmann  
Assistant U.S. Attorney