UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 2 7 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff | § | |
| V. | § | CIVIL NO. B-04-152 |
| | § | |
| ONE PIECE OF REAL PROPERTY | § | |
| LOCATED IN CAMERON | § | |
| COUNTY, TEXAS, | § | |
| Defendant | § | |

### CLAIM OF BROWNSVILLE INDEPENDENT SCHOOL DISTRICT AND CAMERON COUNTY, TEXAS

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Now comes Cameron County, Texas, for itself and on behalf of the following other taxing units for which it collects ad valorem taxes pursuant to interlocal cooperation agreements for tax assessment and collection made under the authority granted by TEX.PROP.TAX CODE ANN. §§6.23, 6.24, and 6.30, TEX.ED.CODE ANN. §23.93 and Chapter 791, TEX.GOV'T.CODE ANN.:

 A. Cameron County Drainage District No. 1;

 B. South Texas Independent School District;

 C. City of Brownsville;

 D. Brownsville Navigation District;

 E. Texas Southmost College District,

together with the Brownsville Independent School District, (hereinafter collectively referred to as "Claimants"), in order to assert a claim against the property which is the subject of this action, and respectfully show the Court as follows:

 1. Claimants are units of local government of the State of Texas.

 2. This claim is filed by the undersigned attorney as the agent for the Claimants and he is

1

duly authorized to assert this claim on their behalf.

3.    The property which is the subject of this action is described as the residence, land and structures located on Lot Twelve 5, Block 205, containing 23.29 acres, more or less, El Jardin Resubdivision, Espirito Santo Grant, in Cameron County, Texas, according to the map of that subdivision recorded in Volume 4, Page 48, Map Records of Cameron County, Texas, and further described Tax Account No. 7475402050005000, is situated within the boundaries of the Claimants. The Brownsville Independent School District has levied ad valorem taxes on the above-described property for 2002 and 2003 which are due and unpaid, and has levied ad valorem taxes on that property for the year 2004 which are not yet due. Cameron County has levied ad valorem taxes on the above-described property for 2002 and 2003 which are due and unpaid, and has levied ad valorem taxes on that property for the year 2004 which are not yet due.

4.    Pursuant to TEX.PROP.TAX CODE §§32.01 and 32.05 prior and superior liens exist to secure payment of the 2002 through 2004 ad valorem taxes assessed on the above-described property, and to secure payment of all penalties and interest which may hereafter accrue on those taxes which become delinquent.

5.    The amounts of taxes assessed for 2002 and 2003, together with statutory interest and penalties, now owed to the Claimants are as follows if paid in September 2004:

| Tax Year | Cameron County, et al | Brownsville Ind. Sch. Dist. |
|---|---|---|
| 2002 | $1,420.91 | $1,630.91 |
| 2003 | $1,739.68 | $1,934.70 |
| Totals | $3,160.59 | $3,565.61 |

6.    The amounts of taxes owed to Claimants as year 2004 taxes are estimated to be approximately the same amount as those assessed for 2003.

7.    All of the above taxes were authorized by law and were legally levied and assessed

2

against the above-described property and the record owner of it. Any offsets and credits existing against the amounts due have been allowed.

8.   The Claimants were legally constituted and authorized to levy, assess, and collect ad valorem taxes on the above-described property.

9.   Claimants reserve the right to amend this claim.

WHEREFORE, Claimants pray that their claims against the above-described property be allowed and for general relief.

Respectfully submitted,

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
P.O. Box 17428
Austin, Texas 78760
(512) 447-6675
Telefax No. (512) 443-3494

By: */s/ Kent M. Rider*
KENT M. RIDER
Texas State Bar No. 16896000
Southern District Admission No. 13883

ATTORNEY FOR CLAIMANTS

STATE OF TEXAS              §

COUNTY OF TRAVIS       §

BEFORE ME, the undersigned authority, on this day personally appeared Kent M. Rider, who, being first duly sworn on oath deposed and said that he is the attorney for Cameron County and the Brownsville Independent School District, and, as such, is authorized to make the foregoing claim on their behalf, that he has read the foregoing claim, that he has personal knowledge of each of the allegations set forth therein, and that each of those allegations is true and correct.

*/s/ Kent M. Rider*
KENT M. RIDER

3

SWORN TO AND SUBSCRIBED before me by KENT M. RIDER on September 24, 2004 to certify which witness my hand and seal of office.



NOTARY PUBLIC, STATE OF TEXAS

### CERTIFICATE OF SERVICE

True and correct copies of the foregoing claim were served by certified United States mail, postage prepaid, return receipts requested, addressed as follows on September 24, 2004:

Mr. Allan Hoffmann  
Assistant United States Attorney  
1701 West Highway 83, Suite 600  
McAllen, Texas, Texas 78501-3173

Item No. 7003 3110 0006 1947 6374

ATTORNEY FOR THE UNITED STATES

KENT M. RIDER

*Forfeit/Cameron/Barron/claim*  
*September 24, 2004*