UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 27 2004

Michael N. Milby
Clerk of Court

| UNITED STATES OF AMERICA, | § |
|---|---|
| Plaintiff | § |
| V. | § |
| | § |
| ONE PIECE OF REAL PROPERTY | § |
| LOCATED IN CAMERON | § |
| COUNTY, TEXAS, | § |
| Defendant | § |

CIVIL NO. B-04-152

## ORIGINAL ANSWER OF CAMERON COUNTY, TEXAS, AND BROWNSVILLE INDEPENDENT SCHOOL DISTRICT, AND ORIGINAL COUNTERCLAIM FOR ADJUDICATION OF VALIDITY OF INTEREST IN FORFEITED PROPERTY

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Now comes Cameron County, Texas, for itself and on behalf of the following other taxing units for which it collects ad valorem taxes pursuant to interlocal cooperation agreements for tax assessment and collection made under the authority granted by TEX.PROP.TAX CODE ANN. §§6.23, 6.24, and 6.30, TEX.ED.CODE ANN. §23.93 and Chapter 791, TEX.GOV'T.CODE ANN.:

A. Cameron County Drainage District No. 1;

B. South Texas Independent School District;

C. City of Brownsville;

D. Brownsville Navigation District; and

E. Texas Southmost College District,

together with the Brownsville Independent School District, hereinafter called Petitioners, and pursuant to 21 U.S.C. §§853(n) and 881(a) (7), respectfully show the Court as follows:

### Original Answer

1. Petitioners admit the jurisdiction allegations in Paragraph I of the Complaint.

1

2. Petitioners admit the venue allegations in Paragraph II of the Complaint.

3. Petitioners are not required to either admit or deny the allegations in Paragraph III of the Complaint as those are not allegations of fact.

4. Petitioners lack sufficient information to either admit or deny the allegations in Paragraph IV of the Complaint.

5. Petitioners lack sufficient information to either admit or deny the allegations in Paragraph V of the Complaint.

6. Petitioners admit that the value of the Defendant Property is at least $83,000.00.

7. Petitioners lack sufficient information to either admit or deny the allegations in Paragraph VII of the Complaint.

8. Petitioners lack sufficient information to either admit or deny the allegations in Paragraph VIII of the Complaint.

Original Counterclaim for Adjudication of Validity of Interest in Forfeited Property

1. Petitioners are taxing units as defined by TEX.PROP.TAX CODE ANN. §1.04(12) (Vernon 1992), and, as such, levied ad valorem taxes on the subject property for the years and in the amounts stated on Exhibits "1" and "2", which are attached hereto and incorporated herein for all purposes. Petitioners have also levied ad valorem taxes on the subject property for the year 2004. Those levies are estimated to be in the approximate amount of the 2003 tax levies.

2. Petitioners' ad valorem tax levies on the subject property for all years are secured by a lien created by TEX.PROP.TAX CODE ANN. §32.01 (Vernon 1992), as of January 1, for each year. Those liens constitute valid, good faith interests in the property possessed by the Petitioners which are superior to all interests claimed by the owner and user of the property by virtue of TEX.PROP.TAX CODE ANN. §32.05 (Vernon 1992).

3. The Petitioners' interests in the subject property are not subject to forfeiture to the United States by reason of any act or omission of the property's owner because (1) the Petitioners' Tax Assessor-Collectors had no knowledge that this property was or would be involved in any violation of the law, (2) the Petitioners' Tax Assessor-Collectors had no knowledge of the particular violation which subjected the property to seizure and forfeiture, and (3) the Petitioners' Tax Assessor-Collectors had no knowledge that the user of the property had any record for violating laws of the United States or of any State for a related crime.

4. Petitioners have taken all reasonable steps to prevent the illegal use of the subject property given their position as units of local government claiming statutory liens on that property.

5. In the alternative, if the existence of and validity of the Petitioners' statutory ad valorem tax liens on the subject property are not preserved by this Court, then Petitioners should be paid by the United States of America for the full amount of taxes, penalties and interest secured by those liens pursuant to the Takings Clause of the Fifth Amendment to the United States Constitution.

WHEREFORE, premises considered, the Petitioners pray that the Court enter its Order reciting the continued existence of and validity of the liens securing payment of the taxes, penalties and interest assessed by Petitioners against the subject property, or, alternatively, for entry of an Order awarding them the full amount of taxes, penalties and interest owing on that property as of the date of forfeiture to the United States, and for such other and further relief as may be appropriate.

Respectfully submitted,

LINEBARGER GOGGAN BLAIR &
SAMPSON, LLP
P.O. Box 17428
Austin, Texas 78760
(512) 447-6675
Telefax No. (512) 443-3494

By: _____
KENT M. RIDER
Texas State Bar No. 16896000
Southern District Admission No. 13883

ATTORNEY FOR PETITIONERS

STATE OF TEXAS            §

COUNTY OF TRAVIS          §

BEFORE ME, the undersigned authority, on this day personally appeared Kent M. Rider, who, being first duly sworn on oath deposed and said that he is the attorney for Cameron County and the Brownsville Independent School District, and, as such, is authorized to make the foregoing answer and counterclaim on their behalf, that he has read the foregoing answer and counterclaim, that he has personal knowledge of each of the allegations set forth therein, and that each of those allegations is true and correct.

_____
KENT M. RIDER

SWORN TO AND SUBSCRIBED before me by KENT M. RIDER on September 24, 2004 to certify which witness my hand and seal of office.


STACEY L. WARDLOW
MY COMMISSION EXPIRES
July 20, 2007

_____
NOTARY PUBLIC, STATE OF TEXAS

## CERTIFICATE OF SERVICE

True and correct copies of the foregoing answer and counterclaim were served by certified United States mail, postage prepaid, return receipt requested, addressed as follows on September 24, 2004:

Mr. Allan Hoffman                                Item No. 7003 3100 0006 1947 6374
Assistant United States Attorney
1701 West highway 83, Suite 600
McAllen, Texas 78501-3173

ATTORNEY FOR THE UNITED STATES

_____
KENT M. RIDER

*Forfeit/Cameron/Barron/Answer*
*September 24, 2004*

**SCHEDULE OF DELINQUENT TAXES RECEIVABLE**
504: Cameron County

Post Date: SEPTEMBER 08, 2004
Acct/Reference Number:
7475402050005000
Acct Codes:
**bankruptcy,**

Property Description:
ABST2 - EL JARDIN LOT 5 BLK 205,
23.2900 ACRES
Situs:
Acreage:     23.2900

BARRON JAVIER & MARINA
1548 E HARRISON ST
BROWNSVILLE, TX  78520

| | |
|---|---|
| Total Due if Paid in SEP 2004: | $ 3160.59 |
| Total Due if Paid in OCT 2004: | $ 3185.86 |
| Total Due if Paid in NOV 2004: | $ 3211.14 |
| Total Due if Paid in DEC 2004: | $ 3236.38 |
| Total Due if Paid in JAN 2005: | $ 3261.61 |
| Total Due if Paid in FEB 2005: | $ 3286.93 |

**Delinquent Detail Calculated for SEP 2004**

| YEAR | TAX UNIT | LEVY | P&I | 33.07 | 33.48 | TOTAL |
|---|---|---|---|---|---|---|
| 2003 | COU | 338.02 | 67.60 | 60.84 | 0.00 | 466.46 |
| 2003 | CTY | 641.72 | 128.34 | 115.51 | 0.00 | 885.57 |
| 2003 | ISD | 36.99 | 7.40 | 6.66 | 0.00 | 51.05 |
| 2003 | SPEC | 69.77 | 13.95 | 12.56 | 0.00 | 96.28 |
| 2003 | SPEC | 124.00 | 24.80 | 22.32 | 0.00 | 171.12 |
| 2003 | SPEC | 50.14 | 10.03 | 9.03 | 0.00 | 69.20 |
| 2003 | TOTAL | 1260.64 | 252.12 | 226.92 | 0.00 | 1739.68 |
| | | | | | | |
| 2002 | COU | 245.50 | 78.56 | 48.61 | 0.00 | 372.67 |
| 2002 | CTY | 490.23 | 156.87 | 97.07 | 0.00 | 744.17 |
| 2002 | ISD | 28.26 | 9.04 | 5.60 | 0.00 | 42.90 |
| 2002 | SPEC | 53.44 | 17.10 | 10.58 | 0.00 | 81.12 |
| 2002 | SPEC | 94.73 | 30.31 | 18.76 | 0.00 | 143.80 |
| 2002 | SPEC | 23.88 | 7.64 | 4.73 | 0.00 | 36.25 |
| 2002 | TOTAL | 936.04 | 299.52 | 185.35 | 0.00 | 1420.91 |
| Total Due All Years if Paid in SEP 2004: | | | | | | |
| ALL | 504 | 583.52 | 146.16 | 109.45 | 0.00 | 839.13 |
| ALL | 6605 | 1131.95 | 285.21 | 212.58 | 0.00 | 1629.74 |
| ALL | 6609 | 65.25 | 16.44 | 12.26 | 0.00 | 93.95 |
| ALL | 6602 | 123.21 | 31.05 | 23.14 | 0.00 | 177.40 |
| ALL | 6610 | 218.73 | 55.11 | 41.08 | 0.00 | 314.92 |
| ALL | 6604 | 74.02 | 17.67 | 13.76 | 0.00 | 105.45 |
| Total Due All Years if Paid in OCT 2004: | | | | | | |
| ALL | 504 | 583.52 | 152.00 | 110.33 | 0.00 | 845.85 |
| ALL | 6605 | 1131.95 | 296.54 | 214.27 | 0.00 | 1642.76 |
| ALL | 6609 | 65.25 | 17.10 | 12.35 | 0.00 | 94.70 |
| ALL | 6602 | 123.21 | 32.29 | 23.32 | 0.00 | 178.82 |
| ALL | 6610 | 218.73 | 57.30 | 41.41 | 0.00 | 317.44 |
| ALL | 6604 | 74.02 | 18.41 | 13.86 | 0.00 | 106.29 |
| Total Due All Years if Paid in NOV 2004: | | | | | | |
| ALL | 504 | 583.52 | 157.83 | 111.21 | 0.00 | 852.56 |
| ALL | 6605 | 1131.95 | 307.86 | 215.98 | 0.00 | 1655.79 |
| ALL | 6609 | 65.25 | 17.75 | 12.45 | 0.00 | 95.45 |
| ALL | 6602 | 123.21 | 33.52 | 23.51 | 0.00 | 180.24 |

09-Sep-2004  02:51 PM                    Schedule A                              EXHIBIT 1                    1 of 2

# SCHEDULE OF DELINQUENT TAXES RECEIVABLE
## 504: Cameron County

| YEAR | TAX UNIT | LEVY | P&I | 33.07 | 33.48 | TOTAL |
|---|---|---|---|---|---|---|
| ALL | 6610 | 218.73 | 59.49 | 41.73 | 0.00 | 319.95 |
| ALL | 6604 | 74.02 | 19.15 | 13.98 | 0.00 | 107.15 |
| Total Due All Years if Paid in DEC 2004: | | | | | | |
| ALL | 504 | 583.52 | 163.67 | 112.07 | 0.00 | 859.26 |
| ALL | 6605 | 1131.95 | 319.18 | 217.67 | 0.00 | 1668.80 |
| ALL | 6609 | 65.25 | 18.40 | 12.55 | 0.00 | 96.20 |
| ALL | 6602 | 123.21 | 34.75 | 23.69 | 0.00 | 181.65 |
| ALL | 6610 | 218.73 | 61.68 | 42.06 | 0.00 | 322.47 |
| ALL | 6604 | 74.02 | 19.89 | 14.09 | 0.00 | 108.00 |
| Total Due All Years if Paid in JAN 2005: | | | | | | |
| ALL | 504 | 583.52 | 169.50 | 112.95 | 0.00 | 865.97 |
| ALL | 6605 | 1131.95 | 330.49 | 219.37 | 0.00 | 1681.81 |
| ALL | 6609 | 65.25 | 19.05 | 12.64 | 0.00 | 96.94 |
| ALL | 6602 | 123.21 | 35.98 | 23.88 | 0.00 | 183.07 |
| ALL | 6610 | 218.73 | 63.86 | 42.38 | 0.00 | 324.97 |
| ALL | 6604 | 74.02 | 20.63 | 14.20 | 0.00 | 108.85 |
| Total Due All Years if Paid in FEB 2005: | | | | | | |
| ALL | 504 | 583.52 | 175.35 | 113.83 | 0.00 | 872.70 |
| ALL | 6605 | 1131.95 | 341.82 | 221.06 | 0.00 | 1694.83 |
| ALL | 6609 | 65.25 | 19.71 | 12.75 | 0.00 | 97.71 |
| ALL | 6602 | 123.21 | 37.21 | 24.06 | 0.00 | 184.48 |
| ALL | 6610 | 218.73 | 66.05 | 42.72 | 0.00 | 327.50 |
| ALL | 6604 | 74.02 | 21.38 | 14.31 | 0.00 | 109.71 |

## Jurisdiction Legend

| | | |
|---|---|---|
| COU | 504 | Cameron County |
| SPEC | 6602 | Brownsville Navigation District |
| SPEC | 6604 | Cameron County Drainage District # 01 |
| CTY | 6605 | City of Brownsville |
| ISD | 6609 | South Texas Independent School District |
| SPEC | 6610 | Texas Southmost College District |

**SCHEDULE OF DELINQUENT TAXES RECEIVABLE**
1266: Brownsville ISD

Post Date: AUGUST 11, 2004
Acct/Reference Number:
7475402050005000
Acct Codes:

Property Description:
ABST2 - EL JARDIN LOT 5 BLK 205,
23.2900 ACRES
Situs:
Acreage: 23.2900

BARRON JAVIER & MARINA
1548 E HARRISON ST
BROWNSVILLE, TX 78520

| | |
|---|---|
| Total Due if Paid in SEP 2004: | $ 3565.61 |
| Total Due if Paid in OCT 2004: | $ 3594.10 |
| Total Due if Paid in NOV 2004: | $ 3622.57 |
| Total Due if Paid in DEC 2004: | $ 3651.04 |
| Total Due if Paid in JAN 2005: | $ 3679.52 |
| Total Due if Paid in FEB 2005: | $ 3708.01 |

**Delinquent Detail Calculated for SEP 2004**

| YEAR | TAX UNIT | LEVY | P&I | 33.07 | 33.48 | TOTAL |
|---|---|---|---|---|---|---|
| 2003 | ISD | 1401.96 | 280.39 | 252.35 | 0.00 | 1934.70 |
| 2003 | TOTAL | 1401.96 | 280.39 | 252.35 | 0.00 | 1934.70 |
| 2002 | ISD | 1074.38 | 343.80 | 212.73 | 0.00 | 1630.91 |
| 2002 | TOTAL | 1074.38 | 343.80 | 212.73 | 0.00 | 1630.91 |
| Total Due All Years if Paid in SEP 2004: | | | | | | |
| ALL | 1266 | 2476.34 | 624.19 | 465.08 | 0.00 | 3565.61 |
| Total Due All Years if Paid in OCT 2004: | | | | | | |
| ALL | 1266 | 2476.34 | 648.96 | 468.80 | 0.00 | 3594.10 |
| Total Due All Years if Paid in NOV 2004: | | | | | | |
| ALL | 1266 | 2476.34 | 673.72 | 472.51 | 0.00 | 3622.57 |
| Total Due All Years if Paid in DEC 2004: | | | | | | |
| ALL | 1266 | 2476.34 | 698.48 | 476.22 | 0.00 | 3651.04 |
| Total Due All Years if Paid in JAN 2005: | | | | | | |
| ALL | 1266 | 2476.34 | 723.25 | 479.93 | 0.00 | 3679.52 |
| Total Due All Years if Paid in FEB 2005: | | | | | | |
| ALL | 1266 | 2476.34 | 748.01 | 483.66 | 0.00 | 3708.01 |

Jurisdiction Legend
  ISD      1266          Brownsville Independent School District

22-Sep-2004  10:59 AM                    Schedule A                         EXHIBIT 2                1 of 1