United States District Court
Southern District of Texas
FILED

SEP 27 2004

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br>V.<br><br>ONE PIECE OF REAL PROPERTY<br>LOCATED IN CAMERON<br>COUNTY, TEXAS,<br>Defendant | § § § § § § § § § | CIVIL NO. B-04-152 |

CERTIFICATE OF INTERESTED PERSONS
FILED BY CAMERON COUNTY, TEXAS, AND
BROWNSVILLE INDEPENDENT SCHOOL DISTRICT

TO THE HONORABLE UNITED STATES DISTRICT COURT:

The undersigned attorney for Cameron County, Texas and the Brownsville Independent School District ("Claimants") certifies that the persons and entities which are financially interested in the outcome of this litigation are as follows:

1. Cameron County, Texas;

2. Brownsville Independent School District;

3. South Texas Independent School District;

4. Texas Southmost College District;

5. Cameron County Drainage District No. 1;

6. Brownsville Navigation District;

7. City of Brownsville; and

8. The law firm of Linebarger Goggan Blair & Sampson, LLP.

DATED:    September 24, 2004.

Respectfully submitted,

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
P.O. Box 17428
Austin, Texas 78760
(512) 447-6675
Telefax No. (512) 443-3494

By: _____
KENT M. RIDER
Texas State Bar No. 16896000
Southern District Admission No. 13883

ATTORNEY FOR CLAIMANTS

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing certificate of interested persons was served by certified United States mail, postage prepaid, return receipt requested, addressed as follows on September 24, 2004:

Mr. Allan Hoffman                                       Item No. 7003 3110 0006 1947 6374
Assistant United States Attorney
1701 West Highway 83, Suite 600
McAllen, Texas 78501-5160

ATTORNEY FOR THE UNITED STATES

_____
KENT M. RIDER

*Forfeit/Cameron/Barron/interested persons*
*September 24, 2004*