UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS. | § | CV NO. B- 04- 152 |
| ONE PIECE OF REAL PROPERTY LOCATED IN CAMERON COUNTY, TEXAS | § | |

### ORDER SETTING HEARING

On the ____ day of _____, 2004, came on before the Court Defendant's Motion to Dismiss.

IT IS THEREFORE, ORDERED that the Defendant's Motion to Dismiss be set for hearing at _____ o'clock on _____, 2004.

SIGNED this _____ day of _____, 2004.

_____
UNITED STATES DISTRICT JUDGE