UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS. | § | CV NO. B- 04- 152 |
| ONE PIECE OF REAL PROPERTY<br>LOCATED IN CAMERON COUNTY,<br>TEXAS | § | |

### ORDER GRANTING RELIEF

On the ____ day of _____, 2004 came on to be heard Defendant's Motion to Dismiss. This court finds that Defendant's Motion to Dismiss should be granted.

It is therefore ordered that Defendants Motion to Dismiss is granted.

_____
UNITED STATES DISTRICT JUDGE