UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 2 8 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS. | § | CV NO.  B – 04 - 152 |
| ONE PIECE OF REAL PROPERTY<br>LOCATED IN CAMERON COUNTY<br>TEXAS | § | |

### JAVIER BARRON AND MARIANNA BARRON
### ORIGINAL ANSWER AND CROSSCLAIM

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE;

COMES NOW JAVIER BARRON AND MARIANNA BARRON, who file this, their answer and claim to the above referenced Forfeiture Action of the United States, and in support thereof, would show as follows:

**Claimant Javier Barron and Mariana Barron**
**Original Answer and Crossclaim**

1)    Claimants admit the allegations in paragraph 1 that the plaintiffs complaint sets forth facts establishing that this Court has jurisdiction pursuant to 28 USC §§1345 and 1355.

2)    Claimants admit the allegations in paragraph 2 of plaintiffs complaint that this Court has jurisdiction to hear the action of the United States pursuant to Title 28, USC § 1395.

3)    Claimants admit that they have been provided notice and have answered Plaintiffs petition.  However, in the event that this Court has already ordered the forfeiture of any property before Claimants either answered or appeared, Claimants would state that such notice was not adequate and violated their rights to due process under the Fifth Amendment to the United States Constitution.  All other

Case 1:04-cv-00152    Document 9    Filed in TXSD on 09/28/2004    Page 2 of 3

allegations in paragraph III of Plaintiffs complaint which have not been admitted are denied.

4) Claimants deny the allegations of the United States in paragraphs IV, V, VI, VII, and VIII. of the Plaintiffs Complaint.

5) By way of affirmative defense, Claimants would show that they are Husband and Wife and each have a community property interest in the property subject of the Complaint for Forfeiture, and as such, each is an "innocent owner" as to both the property as a whole, and as to their respective community property interest. Claimants pray that the property be released to them in its entirety, or in the alternative, if only one spouse is an "innocent owner", for a partition of such innocent owners' interest.

6) Claimants would state that this seizure of their property violates their rights under the 4th and 5th Amendments to the United States Constitution.

7) Claimant would state that they have neither been convicted of nor, even charged with any crime and the seizure of their property violates the excessive fines clause of the Eighth Amendment's as it is grossly disproportional to the gravity of any offense committed by Javier or Marianna Barron.

8) By way of affirmative defense, Claimant would show that Plaintiff's claims are barred in whole or in part by the Statute of Limitations set forth in 19 USC §1621 [1]

9) Claimants would respectfully pray for attorney fees, costs and expenses reasonably associated with the litigation and for post judgment interest.

---

[1] 19 USC §1621 states; "No suit or action to recover any duty under section 1592(d), 1593a(d) of this title, or any pecuniary penalty or forfeiture of property accruing under the customs laws shall be instituted unless such suit or action is commenced within five years after the time when the alleged offense was discovered, or in the case of forfeiture, within 2 years after the time when the involvement of the property in the alleged offense was discovered, whichever was later..."

Respectfully Submitted,
LAW OFFICE OF MARK E. SOSSI
Three North Park Plaza
Brownsville, Texas 78521
Telephone (956) 554-7877
Facsimile  (956) 554-7879

By: _____
Mark E. Sossi
State Bar No. 18855680
USDC No. 10231

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been forwarded ( via certified mail, return receipt requested and/or via facsimile ) on the _28_ day of _Sept_ , 2004, has been forwarded to:

Allan Hoffman
Assistant U.S. District Attorney
Attorney in Charge
Southern District No. 6042
United States Attorney's Office
1701 W. Buisness 83, Suite 600
McAllen, Texas 78501
Telephone (956) 630-3173
Telefax  (956) 618-8016

_____
Mark Sossi