United States District Court
Southern District of Texas
FILED

SEP 2 8 2004

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS. | § | CV NO. B – 04 - 152 |
| ONE PIECE OF REAL PROPERTY LOCATED IN CAMERON COUNTY TEXAS | § | |

### SPEEDY TRIAL DEMAND

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE;

COMES NOW JAVIER AND MARIANNA BARON, claimants, and file this, their demand for a speedy trial and in support thereof would show as follows:

1) Claimants would state that the forfeiture of property belonging to them constitutes a punishment under the Eighth Amendment to the United States Constitution.

2) Claimants respectfully request this Honorable Court for a speedy trial.

Respectfully Submitted,

LAW OFFICE OF MARK E. SOSSI
Three North Park Plaza
Brownsville, Texas 78521
Telephone (956) 554-7877
Facsimile (956) 554-7879

By: _____
Mark E. Sossi
State Bar No. 18855680
USDC No. 10231

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the above and foregoing document has been forwarded ( via certified mail, return receipt requested and/or via facsimile ) on the 28 day of Sept , 2004, has been forwarded to:

Allan Hoffman  
Assistant U.S. District Attorney  
Attorney in Charge  
Southern District No. 6042  
United States Attorney's Office  
1701 W. Buisness 83, Suite 600  
McAllen, Texas 78501  
Telephone (956) 630-3173  
Telefax  (956) 618-8016  

                                            Mark Sossi