UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

UNITED STATES OF AMERICA,
   Plaintiff,

v.                CIVIL ACTION NO. B-04-152

ONE PIECE OF REAL PROPERTY
LOCATED IN CAMERON COUNTY,
TEXAS,   Defendant.

### NETA VAN BEBBER'S ORIGINAL ANSWER AND CLAIM

TO THE HONORABL JUDGE OF SAID COURT:

Neta Van Bebber presents this Original Answer to Complaint for Forfeiture ("the Complaint") and Claim and shows as follows:

I. Ms. Van Bebber admits the allegations in Paragraph I of the Complaint;

II. Ms. Van Bebber admits the allegations in Paragraph II of the Complaint;

III. Ms. Van Bebber admits the allegations in Paragraph III of the Complaint, but denies the property described in Attachment 1 as stated "Lot 'Twelve' 5" being accurate;

IV. Ms. Van Bebber is without sufficient information to admit or deny the allegations in Paragraph IV of the Complaint;

V. Ms. Van Bebber is without sufficient information to admit or deny the allegations in Paragraph V of the Complaint;

VI. Ms. Van Bebber is without sufficient information to admit or deny the allegations in Paragraph VI of the Complaint;

VII. Ms. Van Bebber disputes the applicability of Title 19 as alleged in Paragraph VII of the Complaint;

VIII. Ms. Van Bebber is without sufficient information to admit or deny the allegations in Paragraph VIII of the Complaint;

### NETA VAN BEBBER'S CLAIM

IX. Ms. Van Bebber would show that she is the owner of a claim secured by the subject property by virtue of a Promissory Note and Deed of Trust signed by the owners of the subject property, Bulmaro Barron, Marina Barron and Javier Barron. A true and correct copy of the note and Deed of Trust are attached as Exhibit "A". Exhibit "B" attached is a true and correct copy of the Warranty Deed with a Vendor's Lien noting the lien thereon. Exhibit "C" is a true and correct copy of the Transfer of Lien noting the lien and Neta Van Bebber's sole claim.

X. Ms. Van Bebber's claim is in the amount of $8,963.40 inclusive of principal and interest as of September 5, 2004. After that date, interest accrues at the rate of $2.45 per day.

XI. Ms. Van Bebber is also claiming attorney's fees accrued in this action pursuant to the Real Estate Lien Note.

XII. Neta Van Bebber is an innocent lienholder without knowledge or reason to know the subject property was in use for an illegal purpose. In the event the Court determines the property is subject to forfeiture, Neta Van Bebber prays that her claim be allowed and paid to her.

Wherefore, premises considered, Neta Van Bebber respectfully requests that:
a. The complaint be denied;
b. Alternatively, if the property be determined to be subject to forfeiture, that she be paid her claim in the amount of $8,963.40 inclusive of principal and interest as of September 5, 2004. After that date, interest accrues at the rate of $2.45 per day thereafter;
c. Recover all attorney's fees;
d. Recover all court costs;
e. Recover general relief.

Respectfully submitted,

MCCULLOUGH AND MCCULLOUGH
P.O. Box 2244/323 E. Jackson St.
Harlingen, Texas 78551-2244
Phone (956)423-1234/Fax (956)423-4976

BY: _____
Arthur "Gene" McCullough
State Bar No. 00734267
Federal I. D. No. 19292
Attorney for Neta Van Bebber

### CERTIFICATE OF SERVICE

I certify that on October 24, 2004 a true and correct copy of Neita Van Bebber's Original Answer and Claim was served by First Class U.S. Mail on the following:

Allan Hoffmann
Assistant U.S. Attorney
U.S. Attorney's Office
1701 W. Business 83, Ste. 600
McAllen, Texas 7850-5160

_____
Arthur "Gene" McCullough

## VERIFICATION

**STATE OF TEXAS**             §
                               §
**COUNTY OF CAMERON**          §

     BEFORE ME, the undersigned authority, personally appeared Neta Van Bebber, who stated, upon oath, that the statements made in the foregoing instrument are within her personal knowledge and are true and correct.

_____
Neta Van Bebber

SUBSCRIBED AND SWORN TO BEFORE ME on October 22, 2004, by Neta Van Bebber.

_____
Notary Public, State of Texas

THERESE ANNE BERUBE
Notary Public
STATE OF TEXAS
My Comm Exp 12-06-2007