LandtitleUSA.Com

EXHIBIT
B

25927

Prepared by the State Bar of Texas for use by lawyers only
Revised 10-85

WARRANTY DEED WITH VENDOR'S LIEN

OFFICIAL RECORDS

Date: August 5, 1991

Grantor: Jack Van Bebber and wife, Neta Van Bebber

Grantor's Mailing Address (including county): 401 NW 7th, Lindsay, Garvin County, Oklahoma

Grantee: Bulmaro Barron, Marina Barron and Javier Barron

Grantee's Mailing Address (including county): 1639 Enesco, Santa Clara County, California

Consideration:

TEN AND No/100 Dollars ($10.00) and a note of even date that is in the principal amount of Forty Thousand and No/100 Dollar ($40,000.00) and is executed by Grantee(s), payable to the order of Grantor(s). It is secured by a vendor's lien retained in this Deed and by a Deed of Trust of even date from Grantee(s) to John Robert King, Trustee.

LandtitleUSA.Com

Property (including any improvements):

Lot 5, Block 205, containing 23.29 acres, more or less, El Jardin Resubdivision, Espiritu Santo Grant in Cameron County, Texas, according to the Map of said Subdivision, recorded in Volume 4, page 48 Map Records of Cameron County, Texas.

Reservations from and Exceptions to Conveyance and Warranty:

Avigation and clear zone easement dated September 7, 1966 from Model Laundry and Dry Cleaning Co. to City of Brownsville, recorded in Volume 820, Page 223, Deed Records, Cameron County, Texas.

Easement dated August 2, 1971 from Model Laundry and Dry Cleaning Co. to Cameron County Water Control and Improvement District #5, recorded in Volume 915, Page 132 Deed Records, Cameron County, Texas.

Easement dated March 21, 1973 from Model Laundry and Dry Cleaning to Cameron County Water Control and Improvement District #5, recorded in Volume 957, page 366 Deed Records, Cameron County, Texas.

Statutory rights, rules and regulations in favor of Cameron County Water Control and Improvement District #5 and all visible easements.

52051

vol 1663 page 3

Grantor, for the consideration and subject to the reservations from and exceptions to conveyance and warranty, grants, sells, and conveys to Grantee the property, together with all and singular the rights and appurtenances thereto in any wise belonging, to have and hold it to Grantee, Grantee's heirs, executors, administrators, successors, or assigns forever. Grantor hereby binds Grantor and Grantor's heirs, executors, administrators, and successors to warrant and forever defend all and singular the property to Grantee and Grantee's heirs, executors, administrators, successors, and assigns, against every person whomsoever lawfully claiming or to claim the same or any part thereof, except as to the reservations from and exceptions to warranty.

The vendor's lien against and superior title to the property are retained until each note described is fully paid according to its terms, at which time this deed shall become absolute.

When the context requires, singular nouns and pronouns include the plural.

_____
JACK VAN BEBBER

_____
META VAN BEBBER

(Acknowledgment)

STATE OF ~~TEXAS~~ OKLAHOMA
COUNTY OF GARVIN

This instrument was acknowledged before me on the 7th day of August, 19 91
by JACK VAN BEBBER and wife, META VAN BEBBER

_____
Notary Public, State of ~~Texas~~ Oklahoma
Notary's name (printed): Debbie Hargrove
Notary's commission expires: 01-01-93

(Corporate Acknowledgment)

STATE OF TEXAS
COUNTY OF

This instrument was acknowledged before me on the          day of          , 19
by
of
a                     corporation, on behalf of said corporation.

_____
Notary Public, State of Texas
Notary's name (printed):
Notary's commission expires:

$7.00

AFTER RECORDING RETURN TO:
Dulmero, Marino & Javier Barron
1548 E. Harrison
Brownsville, Texas 78520

PREPARED IN THE LAW OFFICE OF:

JOHN ROBERT KING

GT#91-713-B



25927



FILED FOR RECORD
AT _____
Aug 15  4:40 PM '91

JOE G. RIVERA
CLERK COUNTY COURT
CAMERON COUNTY, TEXAS
BY _____ DEPUTY