EXHIBIT C

# 16630

## TRANSFER OF LIEN

Vol. 2421 page 31

**OFFICIAL RECORDS**

DATE: May 11, 1993

HOLDER OF NOTE AND LIEN: Estate of Jack VanBebber, Deceased, acting herein by and through Deborah Jo Hargrove, Independent Executrix

HOLDER'S MAILING ADDRESS: P.O. Box 6, Lindsay, Oklahoma 73052

TRANSFEREE: Neta VanBebber

TRANSFEREE'S MAILING ADDRESS: 13 Pizarro, Brownsville, Texas 78520

NOTE

    DATE: August 5, 1991

    ORIGINAL AMOUNT: Forty Thousand and No/100 Dollars ($40,000.00)

    MAKER: Bulmaro Barron, Marina Barron, and Javier Barron

    PAYEE: Jack VanBebber and wife, Neta VanBebber

    UNPAID PRINCIPAL AND INTEREST: Thirty-Seven Thousand, Seven Hundred Ninety-Five and 21/100ths Dollars ($37,795.21)

    DATE OF MATURITY: As therein provided

NOTE AND LIEN ARE DESCRIBED IN THE FOLLOWING DOCUMENTS, RECORDED IN: __Deed of Trust of Record in Volume 1663, Page 5, Official Records, Cameron County, Texas.__

PROPERTY (including any improvements) SUBJECT TO LIEN:

    Lot 5, Block 205, containing 23.29 acres, more or less, El Jardin Resubdivision, Espiritu Santo Grant in Cameron County, Texas, according to the Map of said Subdivision, recorded in Volume 4, Page 48, Map Records of Cameron County, Texas

PRIOR LIEN (s) (including recording information): None.

    For value received, Holder of the note and lien transfers all of the Estate's undivided interest in them to Transferee without recourse, warrants that the lien is valid against the property in the priority indicated, and represents that the unpaid principal and interest on the note are correctly stated.

    When the context requires, singular nouns and pronouns include the plural.

ESTATE OF JACK VANBEBBER, DECEASED

By: _Deborah Jo Hargrove_
    Deborah Jo Hargrove,
    Independent Executrix

THE STATE OF TEXAS )
                         )
COUNTY OF CAMERON )

    Acknowledged before me this 12th day of May, 1993, by Deborah Jo Hargrove, as Independent Executrix of the Estate of Jack VanBebber, Deceased.

_Vicki Kaye Holloway_
NOTARY PUBLIC, STATE OF TEXAS

[Notary Seal: Vicki Kaye Holloway, Notary Public, State of Texas, My Comm. Exp. OCT 29, 1994]

TRANSFER OF LIEN                                                         PAGE -1-

VOL 2421 PAGE 32

16630

PILED FOR RECORD
AT _____
Mar 20 ... '99

JOE G. RIVERA
CLERK COUNTY COURT
CAMERON COUNTY, TEXAS
BY _____ DEPUTY

STATE OF TEXAS
COUNTY OF CAMERON
I hereby certify that this instrument was FILED on the date and at the time stamped hereon by me and was duly RECORDED in the Volume and page of the named RECORDS of Cameron County, Texas as stamped hereon by me



County Clerk
Cameron County, Texas

AFTER RECORDING RETURN TO:
David Kithcart
Johnson & Davis, L.L.P.
402 East Van Buren
HARLINGEN TX 78550