AO 440 (Rev. 5/85) Summons in a Civil Action   B04-152

## RETURN OF SERVICE

2004 DEC -9 AM 11:10

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 11/09/04 |
| NAME OF SERVER | TITLE |
| R. WONG & B. STEWART | USMS |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: 1639 ENESCO, SAN JOSE CA 95121

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | -0- | -0- |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 11/23/04

Signature of Server

Address of Server:
UNITED STATES MARSHALS SERVICE
280 SOUTH FIRST STREET, ROOM 2100
SAN JOSE, CA 95113

EXECUTED

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 5/85) Summons in a Civil Action

# United States District Court

SOUTHERN _____ DISTRICT OF _____ TEXAS _____
BROWNSVILLE DIVISION

UNITED STATES OF AMERICA

V.

ONE PIECE OF REAL PROPERTY
LOCATED IN CAMERON COUNTY, TEXAS

SUMMONS IN A CIVIL ACTION

CASE NUMBER: B-04-152

TO: (Name and Address of Defendant)
Mr. Javier Barron
1639 Enesco
San Jose, CA 95121

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Mr. Allan Hoffmann
Assistant U. S. Attorney
1701 W. Bus. 83, Ste. 600
McAllen, TX 78501

a Claim within 30 days after receiving notice of this action verified on your oath or solemn affirmation stating your interest in the property by which you claim a right to defend the action and an answer to the complaint which is herewith served upon you, within 20 days after filing said claim. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

EXECUTED

CLERK    Michael N. Milby

DATE    8-30-04

*Danalle Chemada*
BY DEPUTY CLERK