OC 35 (Rev. 12/82)   WARRANT OF SEIZURE AND MONITION   B-04-152



# United States District Court
## FOR THE
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

United States District Court
South-- District of Texas
FILED

SEP 22 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

To the Marshal of the   SOUTHERN   District of   TEXAS

WHEREAS, on the 30th day of August, A.D. 2004, a complaint was filed in the United States District Court for said Southern District of Texas, by Michael T. Shelby, United States attorney for said District, on behalf of the United States, against ONE PIECE OF REAL PROPERTY LOCATED IN CAMERON COUNTY, TEXAS

**EXECUTED**

and praying that all persons interested in said goods, wares, and merchandise may be cited in general and special, to answer the premises; and due proceedings being had, that the said goods, wares, and merchandise may, for the causes in said complaint mentioned, be condemned as forfeited to use of the United States.

YOU ARE THEREFORE HEREBY COMMANDED To attach the said goods, wares, and merchandise, and to detain the same in your custody until further order of said Court respecting the same; and to give notice to all persons claiming the same, or knowing or having anything to say why the same should not be condemned as forfeited to the use of the United States, pursuant to the prayer of said complaint, that they be and appear before the said Court, at the city of Brownsville, Texas on the 30th day of September, 2004 next, if the same shall be a day of jurisdiction, otherwise on the next day of jurisdiction thereafter, then and there to interpose a claim for the same and to make their allegations in that behalf. And what you have done in the premises, do you then and there make return thereof, together with this writ.

| WITNESS THE HONORABLE | UNITED STATES DISTRICT JUDGE AT |
|---|---|
| [signature] | Brownsville Texas |
| DATE September 22, 2004 | CLERK Michael N. Milby, Clerk |
| | (BY) DEPUTY CLERK Danielle Ahumada |

Returnable _____ days after issue.

## UNITED STATES MARSHAL'S RETURN

| DISTRICT | DATE THE WITHIN WRIT WAS RECEIVED AND EXECUTED |
|---|---|
| No Dist CA | 11/09/04 |
| U.S. MARSHAL | (BY) DEPUTY MARSHAL S Leon #57 |