FILED

2004 SEP 22 PM 2: 11

BROWNSVILLE, TEXAS

OC 35 (Rev. 12/82)    **WARRANT OF SEIZURE AND MONITION**

# United States District Court

### FOR THE

### SOUTHERN DISTRICT OF TEXAS

#### BROWNSVILLE DIVISION

United States District Court
Sout...  ...trict of Texas
...ED

SEP 2 2 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

**To the Marshal of the**   SOUTHERN                    **District of** TEXAS

WHEREAS, on the   30th   day of   August   , A.D.  2004   , a complaint
was filed in the United States District Court for said  Southern                    District of
Texas            , by  Michael T. Shelby       , United States attorney
for said District, on behalf of the United States, against  ONE PIECE OF REAL PROPERTY LOCATED IN
CAMERON COUNTY, TEXAS

EXECUTED

and praying that all persons interested in said goods, wares, and merchandise may be cited in general and
special, to answer the premises; and due proceedings being had, that the said goods, wares, and merchan-
dise may, for the causes in said  complaint                  mentioned, be condemned as forfeited
to use of the United States.

YOU ARE THEREFORE HEREBY COMMANDED To attach the said goods, wares, and
merchandise, and to detain the same in your custody until further order of said Court respecting the same;
and to give notice to all persons claiming the same, or knowing or having anything to say why the
same should not be condemned as forfeited to the use of the United States, pursuant to the prayer of said
complaint                   , that they be and appear before the said Court, at the city of
Brownsville, Texas                  on the   30th       day of  September , 2004
next, if the same shall be a day of jurisdiction, otherwise on the next day of jurisdiction thereafter, then and
there to interpose a claim for the same and to make their allegations in that behalf. And what you have done
in the premises, do you then and there make return thereof, together with this writ.

| WITNESS THE HONORABLE | UNITED STATES DISTRICT JUDGE AT |
|---|---|
| | Brownsville Texas |
| DATE September 22, 2004 | CLERK Michael N. Milby, Clerk |
| | (BY) DEPUTY CLERK Dahlia Ahemade |
| Returnable _____ days after issue. | |
| **UNITED STATES MARSHAL'S RETURN** | |
| DISTRICT No. DIST CA | DATE THE WITHIN WRIT WAS RECEIVED AND EXECUTED 11/09/04 |
| U.S. MARSHAL F ROCHA | (BY) DEPUTY MARSHAL S LEON #57 |