UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | CIVIL NO. B-04-152 |
| | * | |
| ONE PIECE OF REAL PROPERTY | * | |
| LOCATED IN CAMERON COUNTY, | * | |
| TEXAS,        Defendant. | * | |

**ORDER DENYING CLAIMANTS' MOTION TO DISMISS
GOVERNMENT'S COMPLAINT PURSUANT TO
FED. R. CIV. P. 12(b)(6)**

This day came on to be heard the Motion to Dismiss filed by Claimants Javier Barron and Marianna Barron.

Having considered that motion, the Government's response, and any argument made by counsel, that motion is in all things DENIED.

Done on this the _____ day of _____, 2005, in Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge