UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 2 1 2005

Michael N. Milby
Clerk of Court

| UNITES STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| VS | § | CIVIL ACTION B-04-152 |
| | § | |
| ONE PIECE OF REAL PROPERTY | § | |
| LOCATED IN CAMERON COUNTY, | § | |
| TEXAS | § | |

## CLAIMANT'S UNOPPOSED EMERGENCY MOTION FOR CONTINUANCE

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes Marianna Barron and Javier Barron, Claimants in the above styled and numbered cause, and files this Motion for Continuance of this cause from its present setting of January 24, 2005 at 10:00 a.m. and shows the following:

1. Claimant's Counsel is in jury trail in McAllen, Texas before the Honorable United States Judge Randy Crane in the case styled *Bertha Martinez Adams vs. The City of Mission No. M-03-092*.

2. Trail is suspected to last Monday, January 24, Tuesday, January 25, and Wednesday, January 26, 2005.

3. Counsel had thought that this case was going to be resolved but it is now permanent that the matter will be tried.

4. This motion is not made for purposes of delay but that justice may be done.

**WHEREFORE, PREMISES CONSIDERED,** Claimants pray that the Court enter its order continuing this cause until some future date, or, in the alternative, sets this motion for hearing.

Respectfully submitted,

Law Office of Mark E Sossi
Three North Park Plaza
Brownsville, Texas 78521
Telephone:    (956) 554-7877
Facsimile:    (956) 554-7879

By: _____
MARK E. SOSSI
State Bar No. 18855680

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has on this the _21_ day of _January_, 2004, been forwarded to:

**VIA FACSIMILE**
Allan Hoffmann
Assistant United States Attorney
1701 West Highway 83, Suite 600
McAllen, Texas 78501
Telephone: (956) 630-3173
Facsimile: (956) 618-8016

**VIA FACSIMILE**
Kent M. Rider
Attorney at Law
P.O. Box 17428
Austin, Texas 78760
Telephone: (512) 447-6675
Facsimile: (512) 443-3494

**VIA FACSIMILE**
Arthur "Gene" McCullogh
P.O. Box 2244
Harlingen, Texas 78551
Telephone: (956) 423-1234
Facsimile: (956) 423-4976

_____
MARK E. SOSSI

## CERTIFICATE OF CONFERENCE

    I hereby certify that I have conferred with U.S. Attorney, Allan Hoffmann regarding this motion and he has stated that he is unopposed with our filing of this said motion.

                                                        MARK E. SOSSI