United States District Court
Southern District of Texas
ENTERED

JAN 2 1 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITES STATES OF AMERICA | § | |
| | § | |
| VS | § | CIVIL ACTION B-04-152 |
| | § | |
| ONE PIECE OF REAL PROPERTY | § | |
| LOCATED IN CAMERON COUNTY, | § | |
| TEXAS | § | |

## ORDER RESETTING HEARING

On this the 21st day of January, 2005, the Court heard the **Motion for Continuance** of Claimants, Marianna Barron and Javier Barron.

The Court finds the Motion should be and the same hereby is **GRANTED**.

Initial Pretrial and Scheduling Conference
This cause is being reset for ~~hearing~~ on **Feb. 14, 2005**, at **10:00** *o'clock a.m*.

**SIGNED FOR ENTRY** this the _____ day of _____, 2005.

_____
JUDGE PRESIDING

-----------------Page Break-----------------