United States District Court
Southern District of Texas
FILED

FEB 14 2005

Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| *Plaintiff,* | § | |
| | § | |
| Vs. | § | CIVIL NO. CV B-04-152 |
| | § | |
| ONE PIECE OF REAL PROPERTY | § | |
| LOCATED IN CAMERON COUNTY, | § | |
| TEXAS | § | |
| *Defendant.* | § | |

### DEFENDANT'S LIST OF INTERESTED PARTIES

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

**NOW COMES** Defendant, NETA VAN BEBBER to file Defendant's List of Claimants as follows:

**I.**

Pursuant to the court's order of conference dated August 30, 2004, Defendant provides the following list of claimants:

Plaintiff:            United States of America

Plaintiff's Attorney: Allan Hoffmann

Claimants:            Cameron County, Brownsville Independent
                      School District, and other Taxing
                      Entities, Served by Attorney listed
                      below

                      Javier Barron and Marianna Barron
                      Last Known Address
                      1629 Cuter Ridge Dr.
                      San Jose, CA 95121

                      Neta Van Bebber
                      13 Pizarro
                      Rancho Viejo, Texas 78575

Claimant's Attorneys:    Kent M. Rider
                               Attorney at Law
                               P.O. box 17428
                               Austin, Texas 78760
                               Attorney for Cameron County and other
                               Taxing Entities


                               Mark E. Sossi
                               Attorney at Law
                               Three North Park Plaza
                               Brownsville, Texas 78521
                               Attorney for Javier Barron and
                               Marianna Barron


                               Gene McCullough
                               Attorney for NETA VAN BEBBER


                               Respectfully submitted,

                               MCCULLOUGH & MCCULLOUGH
                               P.O. Box 2244
                               323 E. Jackson St.
                               Harlingen, Texas 78551-2244
                               Tel. (956) 423-1234
                               Fax (956) 423-4976


                             BY: _____
                               Gene McCullough
                               State Bar No. 00794267
                               Federal I.D. No. 19292
                               Attorney for Defendant
                               NETA VAN BEBBER

## CERTIFICATE OF SERVICE

I certify that on February 14, 2005, a true and correct copy of *Defendant, NETA VAN BEBBER'S List of Claimants* was served to each person listed below by the method indicated.

_____
Gene McCullough

**Via US Postal Mail**
Allan Hoffmann
Assistant United States Attorney
1701 West Highway 83, Suite 600
McAllen, Texas  78501
Tel: (956) 630-3173 x 236
Texas Bar No. 09778700
Southern District Bar No. 6042
Attorney for Plaintiff,
UNITED STATES OF AMERICA

Kent M. Rider
Attorney at Law
P.O. Box 17428
Austin, Texas  78760
Texas Bar No. 16896000
Southern District Bar No. 13883
Tel: (512) 447-6675
Fax: (512) 443-3494
Attorney for Claimants,
CAMERON COUNTY AND OTHER TAXING ENTITIES

Mark E. Sossi
Attorney at Law
Three North Park Plaza
Brownsville, Texas  78521
Texas Bar No. 18855680
Southern District Bar No. 10231
Tel: (956) 554-7877
Fax: (956) 554-7879
Attorney for Claimants,
JAVIER BARRON AND MARIANNA BARRON