# Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ☐ Kovacevic   ■ Levesque |
| DATE | 02 — 14 — 05 |
| TIME | 10:05 a.m. — 10:15 a.m. |
| CIVIL ACTION | B — 04 — 152 |
| STYLE | UNITED STATES OF AMERICA *versus* One Piece of Real Property located in Cameron County, Tx |



United States District Court
Southern District of Texas
FILED

FEB 14 2005

Michael N. Milby, Clerk of Court

DOCKET ENTRY

(HGT) ■Initial Pre-Trial Hearing;             (Court Reporter: Heather Hall)

Attorney(s) for Plaintiff (US Govt.):        Allan Hoffman
Attorney(s) for Claimants:
Javier and Marianna Barron                   Mark Sossi
BISD/Cameron County Tax Entities:            Kent Rider
Neta Van Bebber                              Arthur McCullough

Comments: Motion to Dismiss argued:

Sossi: Most events occurred outside the SOL period. Govt affidavit negates any defense to the SOL argument because the Govt long ago knew about the property's involvement in the drug activities and did nothing about it. Claimants are not asking for the complaint to be dismissed in its entirety, but rather that those claims falling outside the SOL period be dismissed.

Hoffman's Response: Claimants must now be acknowledging the strength of the govt's response b/c their motion to dismiss asks the Court to dismiss the claim in its entirety. Now, the claimants ask the Court to dismiss only several of the claims –in effect, they file a motion to suppress evidence. Claimants have not sustained their burden on the SOL period for any of the claims. Three causes of action: facilitation, purchases w/ proceeds, concealed nature of the ownership. 1) facilitation b/c the property was used on three occasions - claimants have not

1

February 14, 2005
Civil Action No. 04-152
Minutes - Page 2

sustained burden b/c they present no evidence of when the Federal, as opposed to Brownsville police, found out about the property's connection to the offenses. Govt has spoken w/ agent, and fed govt discovered this w/in SOL period. 2) marijuana found on property w/in SOL. 3) large fiberglass tank found w/in SOL period. All three causes of action should move forward.

**Court Ruling: Motion to Dismiss is Denied. Written opinion to follow.**

*Miscellaneous matters*: Govt does not contest taxing entities claims or Van Bebber's claim, and Govt recognizes the primacy of these claims. It is a matter of the math that the parties need to work out.