| UNITED STATES DISTRICT COURT | ★ | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

UNITED STATES OF AMERICA §

vs. § Civil Action No. B- 04-152

ONE PIECE OF REAL PROPERTY §
LOCATED IN CAMERON COUNTY, TEXAS

United States District Court
Southern District of Texas
ENTERED
FEB 1 7 2005
Michael N. Milby, Clerk of Court
By Deputy Clerk

## SCHEDULING ORDER

1. Trial: Estimated time to try: __4-5__ days.   ☐ Bench   ■ Jury

2. New parties must be joined by:   2/28/2005
   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:   N/A

4. The defendant's experts must be named with a report furnished within 30 days of the deposition of the plaintiff's expert.

5. Discovery must be completed by:   5/2/2005
   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court. No continuance will be granted because of information acquired in post-deadline discovery.*

***************************The Court will provide these dates***************************

6. Dispositive Motions will be filed by:   5/20/2005

7. Joint pretrial order is due:   9/14/2005

8. Docket Call and final pretrial conference is set for 1:30 p.m. on:   9/28/2005

9. Jury Selection is set for 9:00 a.m. on:   10/12/2005
   *(The case will remain on standby until tried)*

Signed __February 17__, 2005, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge