United States District Court
Southern District of Texas
FILED

MAY 1 0 2005

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | CIVIL NO. B-04-152 |
| | * | |
| ONE PIECE OF REAL PROPERTY | * | |
| LOCATED IN CAMERON COUNTY, | * | |
| TEXAS,     Defendant. | * | |

**AGREED AND UNOPPOSED MOTION TO AMEND
THE DOCKET CONTROL ORDER**

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW the United States of America, by and through its United States Attorney for the Southern District of Texas and its Assistant U. S. Attorney assigned to this matter, sometimes hereinafter referred to as "Plaintiff," and Javier Barron and Marianna Barron, sometimes hereinafter referred to as "the Barron Claimants," by and through their attorney of record, and would respectfully show the Court following:

I.

Plaintiff and the Barron Claimants recently agreed to have the Defendant Property surveyed at Plaintiff's expense as a tool toward an agreed resolution of this case. To allow this to take place while not prejudicing their other options, Plaintiff and the Barron Claimants respectfully move that the the Rule 16 Order now in place be amended as follows:

1)   that the deadline for completion of discovery be reset to July 4, 2005;

2)   that the Motion deadline be reset to July 22, 2005.

So as not to delay this case as to the other Claimants or the Court, Plaintiff and the Barron Claimants pray that all other

deadlines remain as set out in the Court's Order of February 17, 2005.

                              Respectfully submitted,

| | |
|---|---|
| MICHAEL T. SHELBY<br>UNITED STATES ATTORNEY | JAVIER BARRON<br>MARIANNA BARRON |
| /s/ Allan Hoffmann<br>Allan Hoffmann<br>Assistant U. S. Attorney<br>Attorney-in-Charge<br>Texas Bar No. 09778700<br>Southern District No. 6042<br>United States Attorney's Office<br>1701 W. Business 83, Suite 600<br>McAllen, Texas 78501<br>(956)630-3173 | /s/ Mark E. Sossi [1]<br>Mark E. Sossi<br>Attorney at Law<br>Attorney-in-Charge<br>Texas Bar No. 18855680<br>Southern District No. 10231<br>Three North Park Plaza<br>Brownsville, Texas 78521<br>(956)554-7877 |

---

[1] By Allan Hoffmann with permission.  See Attachment 1.

**CERTIFICATE OF CONSULTATION**

The undersigned hereby certifies that he consulted with Mr. Kent Rider, counsel for Cameron County and other taxing entities, and he does not oppose this motion.

The undersigned hereby certifies that he consulted with Mr. Arthur "Gene" McCullough, counsel for Neta Van Bebber, and he does not oppose this motion.

*Allan Hoffmann*
Assistant U. S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing instrument was telefaxed and mailed via certified mail, return receipt requested to:

| | |
|---|---|
| Mr. Arthur "Gene" McCullogh<br>Attorney at Law<br>P. O. Box 2244<br>Harlingen, TX 78551-2244 | Mr. Kent M. Rider<br>Attorney at Law<br>P. O. Box 17428<br>Austin, TX 78760 |

on this the 5th day of May, 2005.

*Allan Hoffmann*
Assistant U.S. Attorney