UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | CIVIL NO. B-04-152 |
| | * | |
| ONE PIECE OF REAL PROPERTY | * | |
| LOCATED IN CAMERON COUNTY, | * | |
| TEXAS, Defendant. | * | |

### AGREED AND UNOPPOSED MOTION TO AMEND THE DOCKET CONTROL ORDER

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW the United States of America, by and through its United States Attorney for the Southern District of Texas and its Assistant U. S. Attorney assigned to this matter, sometimes hereinafter referred to as "Plaintiff," and Javier Barron and Marianna Barron, sometimes hereinafter referred to as "the Barron Claimants," by and through their attorney of record, and would respectfully show the Court following:

I.

Plaintiff and the Barron Claimants recently agreed to have the Defendant Property surveyed at Plaintiff's expense as a tool toward an agreed resolution of this case. To allow this to take place while not prejudicing their other options, Plaintiff and the Barron Claimants respectfully move that the Rule 16 Order now in place be amended as follows:

1) that the deadline for completion of discovery be reset to July 4, 2005;

2) that the Motion deadline be reset to July 22, 2005.

So as not to delay this case as to the other Claimants or the Court, Plaintiff and the Barron Claimants pray that all other

Attachment 1

deadlines remain as set out in the Court's Order of February 17, 2005.

          Respectfully submitted,

MICHAEL T. SHELBY        JAVIER BARRON
UNITED STATES ATTORNEY      MARIANNA BARRON

_____   _/s/ Mark E. Sossi_____
Allan Hoffmann            Mark E. Sossi
Assistant U. S. Attorney       Attorney at Law
Attorney-in-Charge          Attorney-in-Charge
Texas Bar No. 09778700       Texas Bar No. 18855680
Southern District No. 6042       Southern District No. 10231
United States Attorney's Office    Three North Park Plaza
1701 W. Business 83, Suite 600   Brownsville, Texas 78521
McAllen, Texas 78501        (956)554-7877
(956)630-3173

### CERTIFICATE OF CONSULTATION

The undersigned hereby certifies that he consulted with Mr. Kent Rider, counsel for Cameron County and other taxing entities, and he does not oppose this motion.

The undersigned hereby certifies that he consulted with Mr. Arthur "Gene" McCullough, counsel for Neta Van Bebber, and he does not oppose this motion.

                                      Allan Hoffmann
                                      Assistant U. S. Attorney

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing instrument was telefaxed and mailed via certified mail, return receipt requested to:

Mr. Arthur "Gene" McCullogh        Mr. Kent M. Rider
Attorney at Law                          Attorney at Law
P. O. Box 2244                            P. O. Box 17428
Harlingen, TX 78551-2244            Austin, TX 78760

on this the _____ day of _____, 2005.

                                      Allan Hoffmann
                                      Assistant U.S. Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | * * |
| v. | *   CIVIL NO. B-04-152 |
| ONE PIECE OF REAL PROPERTY LOCATED IN CAMERON COUNTY, TEXAS, Defendant. | * * * * |

### ORDER AMENDING RULE 16 SCHEDULING ORDER

THIS DAY came on to be heard the Motion to Amend the Docket Control Order filed by Plaintiff United States of America and Javier Barron and Marianna Barron.

That motion is Granted. The following dates are set as deadlines for disposition of this case pursuant to Rule 16 of the Federal Rules of Civil Procedure:

| | |
|---|---|
| Completion of Discovery | July 4, 2005 |
| Filing of dispositive motions | July 22, 2005 |

Except set out above, the Rule 16 Scheduling Order entered on February 17, 2005, remains in effect.

Done on this the _____ day of _____, 2005, in Brownsville, Texas.

Hilda G. Tagle
United States District Judge