**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED

MAY 1 7 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | CIVIL NO. B-04-152 |
| | * | |
| ONE PIECE OF REAL PROPERTY | * | |
| LOCATED IN CAMERON COUNTY, | * | |
| TEXAS, Defendant. | * | |

**ORDER AMENDING RULE 16 SCHEDULING ORDER**

THIS DAY came on to be heard the Motion to Amend the Docket Control Order filed by Plaintiff United States of America and Javier Barron and Marianna Barron.

That motion is Granted. The following dates are set as deadlines for disposition of this case pursuant to Rule 16 of the Federal Rules of Civil Procedure:

Completion of Discovery                                July 4, 2005

Filing of dispositive motions                          July 22, 2005

An Amended Scheduling Order will be entered by the Court.

~~Except set out above, the Rule 16 Scheduling Order entered on February 17, 2005, remains in effect.~~

Done on this the ____16____ day of ____May____, 2005, in Brownsville, Texas.

Hilda G. Tagle
United States District Judge