United States District Court
Southern District of Texas
ENTERED

JUN 0 3 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

| UNITED STATES DISTRICT COURT | ★ | SOUTHERN DISTRICT OF TEXAS |

UNITED STATES OF AMERICA § 

vs. § Civil Action No. B- 04-152

ONE PIECE OF REAL PROPERTY §
LOCATED IN CAMERON COUNTY, TEXAS

## AMENDED SCHEDULING ORDER

1. Trial: Estimated time to try: __4-5__ days.    ☐ Bench  ■ Jury

2. Discovery must be completed by:    7/4/2005
   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court. No continuance will be granted because of information acquired in post-deadline discovery.*

3. Dispositive Motions will be filed by:    7/22/2005

4. Joint pretrial order is due:    11/15/2005

5. Docket Call and final pretrial conference is set for 1:30 p.m. on:    11/29/2005

6. Jury Selection is set for 9:00 a.m. on:    12/5/2005
   *(The case will remain on standby until tried)*

Signed __June 3_____, 2005, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge