## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | CIVIL NO. B-04-152 |
| | * | |
| ONE PIECE OF REAL PROPERTY | * | |
| LOCATED IN CAMERON COUNTY, | * | |
| TEXAS,      Defendant. | * | |

### AGREED AND UNOPPOSED MOTION TO AMEND
### THE DOCKET CONTROL ORDER

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW the United States of America, by and through its United States Attorney for the Southern District of Texas and its Assistant U. S. Attorney assigned to this matter, sometimes hereinafter referred to as "Plaintiff," and Javier Barron and Marianna Barron, sometimes hereinafter referred to as "the Barron Claimants," by and through their attorney of record, and would respectfully show the Court following:

I.

Claimants are engaged in settlement discussions which they hope will result in an agreed resolution of this case. To allow more time for these discussions to bear fruit, and to conserve the resources of the parties and the Court, Plaintiff and the Barron Claimants respectfully move that the Rule 16 Order now in place be amended as follows:

1) That the deadline for filing the Pretrial Order be reset from November 15, 2005, to December 15, 2005;

2) That the Docket Call and Final Pretrial Conference be reset to December 29, 2005;

3) That Jury Selection be reset to January 3, 2006.

II.

Claimant Neta Van Bebber and Claimant Taxing Entities have been consulted and do not oppose this motion.

Respectfully submitted,

| | |
|---|---|
| CHUCK ROSENBERG<br>UNITED STATES ATTORNEY | JAVIER BARRON<br>MARIANNA BARRON |

| | |
|---|---|
| /S/ Allan Hoffmann<br>Allan Hoffmann<br>Assistant U. S. Attorney<br>Attorney-in-Charge<br>Texas Bar No. 09778700<br>Southern District No. 6042<br>U. S. Attorney's Office<br>1701 W. Business 83, Suite 600<br>McAllen, Texas 78501<br>(956)630-3173 | /S/ Mark Sossi<br>Mark E. Sossi<br>Attorney at Law<br>Attorney-in-Charge<br>Texas Bar No. 18855680<br>Southern District No. 10231<br>Three North Park Plaza<br>Brownsville, Texas 78521<br>(956)554-7877 |

**CERTIFICATE OF CONSULTATION**

The undersigned hereby certifies that he consulted with Mr. Kent Rider, counsel for Cameron County and other taxing entities, and he does not oppose this motion.

The undersigned hereby certifies that he consulted with Mr. Arthur "Gene" McCullough, counsel for Neta Van Bebber, and he does not oppose this motion.

/S/ Allan Hoffmann
Allan Hoffmann
Assistant U. S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing instrument was telefaxed and mailed via certified mail, return receipt requested to:

| | |
|---|---|
| Mr.Arthur "Gene" McCullogh<br>Attorney at Law<br>P. O. Box 2244<br>Harlingen, TX 78551-2244 | Mr. Kent M. Rider<br>Attorney at Law<br>P. O. Box 17428<br>Austin, TX 78760 |

on this the _9th_ day of November, 2005.

    /S/ Allan Hoffmann
    Allan Hoffmann
    Assistant U.S. Attorney