**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, * | |
| Plaintiff, * | |
| v. * | CIVIL NO. B-04-152 |
| * | |
| ONE PIECE OF REAL PROPERTY * | |
| LOCATED IN CAMERON COUNTY, * | |
| TEXAS,    Defendant. * | |

**ORDER AMENDING RULE 16 SCHEDULING ORDER**

THIS DAY came on to be heard the Motion to Amend the Docket Control Order filed by Plaintiff United States of America and Javier Barron and Marianna Barron.

That motion is Granted. The following dates are set as deadlines for disposition of this case pursuant to Rule 16 of the Federal Rules of Civil Procedure:

1) The deadline for filing the Pretrial Order is reset to the _____ day of _____, 200 ____;

2. Docket Call and Final Pretrial Conference is reset to the _____ day of _____, 200 ____, at _____ a.m./p.m.;

3. Jury Selection is reset to _____ a.m./p.m. on the _____ day of _____, 2006.

Except set out above, the Rule 16 Scheduling Order entered on June 3, 2005, remains in effect.

Done on this the _____ day of _____, 2005, in Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge