United States District Court
Southern District of Texas
ENTERED

NOV 1 0 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

UNITED STATES OF AMERICA,        *
          Plaintiff,        *
v.        *        CIVIL NO. B-04-152
                  *
ONE PIECE OF REAL PROPERTY        *
LOCATED IN CAMERON COUNTY,        *
TEXAS,        Defendant.        *

## ORDER AMENDING RULE 16 SCHEDULING ORDER

THIS DAY came on to be heard the Motion to Amend the Docket
Control Order filed by Plaintiff United States of America and
Javier Barron and Marianna Barron.

That motion is Granted.   The following dates are set as
deadlines for disposition of this case pursuant to Rule 16 of the
Federal Rules of Civil Procedure:

1)    The deadline for filing the Pretrial Order is reset to
the ___15th___ day of ___December___, 200 5 ;

2.    Docket Call and Final Pretrial Conference is reset to the
___5th___ day of ___January___, 200 6 , at
___1:30___ a.m./p.m.;

3.    Jury Selection is reset to ___9:00___ a.m./p.m. on the
___10th___ day of ___January___, 2006.

Except set out above, the Rule 16 Scheduling Order entered on
June 3, 2005, remains in effect.

Done on this the ___10___ day of ___November___, 2005,
in Brownsville, Texas.

Hilda G. Tagle
United States District Judge