

Attachment 3