**DEPARTMENT OF THE TREASURY**
UNITED STATES CUSTOMS SERVICE

# AFFIDAVIT

STATE OF: California )

COUNTY OF: Santa Clara )

I, Marina Barron-Rubalcaba, The undersigned affiant, affirmatively ~~Who after being duly sworn states the following:~~ state + swear That I am over the age of majority, not suffering any type of disqualifying mental condition, not under the influence of drugs or alcohol and that the information which appears herein is based upon my personal knowledge of the facts set forth. In or about 1957/1958 my brother Bulmaro Barron transferred ownership of a Brownsville, Texas property known as 7250 California Road, Brownsville, Tx (Cameron County), legally described as Lot 5, Block 205, El Jardin Subdivision to me and my brother Javier Barron. The property was not purchased for a monetary sum, the property was transferred to me in the absence of a financial transaction. Since the ownership of the property I have never had responsibilities in regards to the ranch, nor did I have a vested interest in the property. Bulmaro Barron + his wife Josephina Barron

Page 1 of: 2

Affiant's Initials

MARINA BARRON RUBALCABA
Marina B Rubal   5-14-02

Attachment 1

☆U.S. GOVERNMENT PRINTING OFFICE 1997-428-486         Customs Form 4604A (062697)

**AFFIDAVIT (continuation)**

always had total control of the property. Since the transfer of the property, I have never been to the Brownsville Ranch.

Page 2 of 2

Affiant's Initials

MARINA BARRON RUBALCH

Marina B Ruth  5-14-02

U.S. GOVERNMENT PRINTING OFFICE 1997-428-486                Customs Form 4604B (062697)