**DEPARTMENT OF THE TREASURY**
UNITED STATES CUSTOMS SERVICE

**AFFIDAVIT**

STATE OF: California )

COUNTY OF: Santa Clara )

I, Javier Barron, The undersigned affiant, ~~Who after being duly sworn states the following:~~ affirmatively state + swear That I am of The age of majority, not suffering any type of disqualifying mental condition, not under The influence of drugs or alcohol and That The information which appears herein is based on my personal knowledge of The facts set forth. In or about 1997/1998 my Brother Bulmaro Barron Transferred ownership of a Brownsville, Texas property known as 7250 California Road, Brownsville, Texas (Cameron County), legally described as Lot 5, Block 205, El Jardin Subdivision To me + my sister Marina Barron-Rubalcaba. The property was not purchased for a monetary sum, The property was Transferred in The absence of a financial Transaction. Since The ownership of The property I have never had responsibilities in regards To The Ranch, nor have I had a vested interest in The property.

Page 1 of: 1

JB
Affiant's Initials

JAVIER BARRON
Javier Barron

5/14/02

Attachment 2

U.S. GOVERNMENT PRINTING OFFICE 1997-428-486

Customs Form 4604A (062697)

**AFFIDAVIT (continuation)**

Bulmaro Barron & his wife Josephine Barron always had total control of the property since the transfer. Since the transfer of the property, I have never been to the property.

Page 2 of 2

Affiant's Initials: JB

Javier Barron

/s/ Javier Barron

5-14-02

Customs Form 4604B (062697)