## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## McALLEN DIVISION

```
UNITED STATES OF AMERICA,      *
          Plaintiff,           *
v.                             *       CIVIL NO. B-04-152
                               *
ONE PIECE OF REAL PROPERTY     *
LOCATED IN CAMERON COUNTY,     *
TEXAS,       Defendant.        *
```

**ORDER STRIKING THE ANSWER AND CROSSCLAIM
OF JAVIER BARRON AND MARIANNA BARRON AND
<u>ENTERING A DEFAULT JUDGMENT AGAINST THEM</u>**

THIS DAY came on to be heard Plaintiff's Motion for Judgment as to Claimants Javier Barron and Marianna Barron and, having considered that motion, the Court find it to be in proper form and meritorious.

The Court finds that Claimants Javier Barron and Marianna Barron failed to obey the Court's Amended Scheduling Order filed of record on November 10, 2005, and failed to participate in good faith in the preparation of a Joint Pretrial Order as Ordered by the Court.

Pursuant to Federal Rule of Civil Procedure 16(f) and 37(b)(2)(C), the Court STRIKES the instrument styled "Javier Barron and Marianna Barron [sic] Orignal Answer and Crossclaim" from the instruments filed of record in this case.

Pursuant to Federal Rule of Civil Procedure 16(f) and 37(b)(2)(C), Judgment by Default is hereby entered in favor of Plaintiff United States of America as to the interests of Javier Barron and Marianna Barron in the Defendant Property, that property being:

> Lot 5 Block 205 El Jardin Subdivision containing 23.39 acres, more or less, El Jardin Resubdivision, Espiritu Santo Grant in Cameron County, Texas, according to the Map of said

>Subdivision recorded in Volume 4, page 48, Map Records of Cameron County, Texas,

which interests are hereby ORDERED FORFEIT to the United States of America.

This Judgment and these Orders in no way affect the interests of Claimant Taxing Entities or Claimant Van Bebber in the Defendant Property.

SIGNED FOR ENTRY at Brownsville, Texas, on this the _____ day of _____, 200_____.

_____
HILDA G. TAGLE
UNITED STATES DISTRICT JUDGE