## ATTACHMENT B

Claimant's Witnesses

Javier Barron
1639 Enesco
San Jose, California 95121

Marianna Barron
1639 Enesco
San Jose, California 95121

Ana Escobedo
3323 Alameda Drive
Brownsville, Texas 78521