## ATTACHMENT C

Barron Claimants Proposed Voir Dire

1) Do any members of the jury know Mr. Allan Hoffman or any prosecutor with the United States Attorney's Office?

2) Is any member of the jury work in law enforcement, or have family members or close personal friends who are police officers or who are involved in law enforcement.

3) Does any of the members of the jury know any of the following individuals:

   Victor Hugas
   Brian Collentine
   Jaime Cavasos
   Michael Powell
   Martin Delgado
   Darren Eng
   Jai Khu
   Randy Dunn
   Oscar Maldanado
   Roland Vasquez

4) Does anyone on the jury believe the government should have a right to take property from someone who was never involved in criminal activity?

5) Does anyone from the jury think it's fair that the government should be able to take your home away, just because someone in your family commits a crime in your home, even if you knew absolutely nothing about it?

6) Does anyone on the jury think that it's fair to punish an innocent owner of property for a criminal act they didn't commit, but was committed by someone else?