ATTACHMENT D

Claimant's Proposed Jury Instructions

CLAIMANTS PROPOSED INSTRUCTION ONE

1) In this case the Claimants Javier and Marianna Barron claim to be "innocent owners" Federal law states that an "innocent owners" interest in property shall not be forfeited under any federal civil forfeiture statute. This means that if you find from a preponderance of the evidence that either Javier Barron and Marianna Barron are "innocent owners" if at the time it occurred, they did not know of the conduct giving rise to the forfeiture: or upon learning of the conduct giving rise to the forfeiture, did all that reasonably could be expected under the circumstances to terminate such use of the property.

AUTHORITY 18 USC 983

ACCEPTED  _____

REJECTED  _____

MODIFIED  _____

WITHDRAWN_____

CLAIMANTS PROPOSED INSTRUCTION TWO

2) An owner of a property means a person with an ownership interest in the specific property sought to be forfeited including a leasehold, lien, mortgage, recorded security interest, or valid assignment of an ownership interest.

AUTHORITY 18 USC 983

ACCEPTED  _____

REJECTED  _____

MODIFIED  _____

WITHDRAWN_____

### CLAIMANTS PROPOSED INSTRUCTION THREE

3) Ways in which a person may show that such a person did all that reasonably could be expected may include demonstrating that such person, to the extent permitted by law, in a timely fashion revoked or made a good faith attempt to revoke permission for those engaging in such conduct to use the property or took reasonable actions in consultation with a law enforcement agency to discourage or prevent the illegal use of the property.

AUTHORITY 18 USC 983

ACCEPTED  _____

REJECTED  _____

MODIFIED  _____

WITHDRAWN_____

### CLAIMANTS PROPOSED INSTRUCTION FOUR

4) In a suit or action brought under any civil forfeiture statute for the civil forfeiture of any property the burden of proof is on the Government to establish, by a preponderance of the evidence that the property is subject to forfeiture. The Government may use evidence gathered after the filing of a complaint for forfeiture to establish by a preponderance of the evidence that property is subject to forfeiture and if the Governments theory of forfeiture is that the property was used to commit or facilitate the commission of a criminal offense or was involved in the commission of a criminal offense the Government shall establish that there was a substantial connection between the property and the offense.

AUTHORITY 18 USC 983

ACCEPTED  _____

REJECTED  _____

MODIFIED  _____

WITHDRAWN_____

<u>CLAIMANTS PROPOSED INSTRUCTION FIVE</u>

5) The government must bring have brought their action to forfeit this property within two years after the involvement of the property in the alleged offense was discovered. However if the government establishes by a preponderance of the evidence that they did not know of the involvement of the property in the alleged offense, they must file the forfeiture action within five years after the time when the alleged offense was discovered.

AUTHORITY 19 USC 1621

ACCEPTED  _____

REJECTED  _____

MODIFIED  _____

WITHDRAWN_____

# VERDICT FORM

1) Do you find from a preponderance of the evidence that Javier Barron was an innocent owner of the Defendant property?

   Yes we so find _____

   No we do not so find _____

2) Do you find from a preponderance of the evidence that Marinna Barron was an innocent owner of the Defendant property?

   Yes, we so find _____

   No we do not so find _____

   If you have answered "yes" to both the preceding questions, please do not answer question three.

   If you have answered "No" to either of the two preceding questions, please answer question four.

3) Do you find from a preponderance of the evidence that the Government initiated this forfeiture action within two years of the alleged criminal activity giving rise to the forfeiture?

   Yes we so find _____

   No, we do not so find _____

   If you have answered No to the preceding question, please answer question 4. Otherwise, please answer question 5.

4) Do you find from a preponderance of the evidence that the Government initiated this forfeiture action within five years of their first learning of the connection between the alleged criminal activity and the Defendant Property.

Yes we so find _____

No, we do not so find _____

5) Do you find from a preponderance of the evidence that Defendant property was used or was intended to be used to facilitate the distribution of marijuana for payment.

Yes we so find _____

No we do not so find _____

6) Do you find from a preponderance of the evidence, that there was a substantial connection between the Defendant property and the distribution or attempted distribution of marijuana for payment?

Yes we so find _____

No, we do not so find _____

_____
DATE OF VERDICT