UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>PLAINTIFF, | §<br>§<br>§ | |
| VS. | § | CIVIL NO. B-04-152 |
| | § | |
| ONE PIECE OF REAL PROPERTY<br>LOCATED IN CAMERON COUNTY,<br>TEXAS,        DEFENDANT, | §<br>§<br>§<br>§ | |

**ORDER SETTING HEARING ON MOTION FOR LEAVE TO FILE AND
CLAIMANTS CONTRIBUTIONS TO THE JOINT PRETRIAL ORDER, AND
OPPOSITION TO GOVERNMENT'S MOTION FOR JUDGMENT**

On the day, came on before the Court Claimants, Javier and Marianna Barrron's

Motion for Leave to File and Contributions to the Joint Pretrial Order and Opposition to

Government's Motion for Judgment in the above-styled and numbered cause. The Court

having considered same in of the opinion that a hearing should be held thereon.

IT IS THEREFORE, ORDERED that said the Motion for Leave to File is hereby

set for hearing on the _____ day of _____, 2006, at _____ o'clock

a.m./p.m.

SIGNED this _____ day of _____, 2006.


_____
JUDGE PRESIDING