UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| PLAINTIFF, | § | |
| | § | |
| VS. | § | CIVIL NO. B-04-152 |
| | § | |
| ONE PIECE OF REAL PROPERTY | § | |
| LOCATED IN CAMERON COUNTY, | § | |
| TEXAS,           DEFENDANT, | § | |

## ORDER GRANTING MOTION FOR LEAVE TO FILE AND CLAIMANTS CONTRIBUTIONS TO THE JOINT PRETRIAL ORDER, AND OPPOSITION TO GOVERNMENT'S MOTION FOR JUDGMENT

On this day, came on for consideration before the Court Claimants, Javier and Marianna Barrron's Motion for Leave to File and Contributions to the Joint Pretrial Order and Opposition to Government's Motion for Judgment. After reviewing the evidence before the Court, the Court is of the opinion Claimants, Motion for Leave to File and Contributions to the Joint Pretrial Order and Opposition to Government's Motion for Judgment should be **GRANTED**.

IT IS THEREFORE, ORDERED that the Claimants, Motion is hereby GRANTED.

Signed on this _____ day of _____, 2006.

_____
JUDGE PRESIDING