

# Department of the Treasury
*Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | CV B-04-152 |
| DEFENDANT — ONE PICE OF REAL PROPERTY LOCATED IN ~~XXXXXX~~ CAMERON COUNTY, TEXAS | TYPE OF PROCESS — Posting of Notice of Forfeiture Action |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE
Please see special instructions.
ADDRESS (Street or RFD, Apartment No., City, State and Zip Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Mr. Allan Hoffmann
Assistant U. S. Attorney
1701 W. Business 83, Suite 600
McAllen, TX 78501

NUMBER OF PROCESS TO BE SERVED IN THIS CASE.
NUMBER OF PARTIES TO BE SERVED IN THIS CASE.
CHECK BOX IF SERVICE IS ON USA

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE. (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service):

Please post the NOTICE OF FORFEITURE ACTION on the Defendant Property. Please contact Special Agent Victor Hugas of the Bureau of Immigration and Customs Enforcement for any assistance required in posting the Defendant Property.

Signature of Attorney or other Originator requesting service on behalf of [X] PLAINTIFF [ ] DEFENDANT
Allan Hoffmann, AUSA
TELEPHONE NO. (956) 618-8010
DATE 8-30-04

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS: Victor E. Hugas SSA/ICE

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

I acknowledge receipt for the total number of process indicated.
District of Origin No. 79
District to Serve No. 79
SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER.
DATE 9-23-2004

[X] I HEREBY CERTIFY AND RETURN THAT I PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [ ] HAVE EXECUTED AS SHOWN IN *REMARKS, THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC., AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW.
[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC NAMED ABOVE.

NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE:
[ ] A person of suitable age and discretion then residing in the defendant's usual place of abode.

ADDRESS: (Complete only if different than shown above)
DATE OF SERVICE 9-23-2004
TIME OF SERVICE 2:15 [X] PM
SIGNATURE, TITLE AND TREASURY AGENCY SSA/ICE

**REMARKS:** Notice of Forfeiture Action - posted on all three gates of property. Notification also made to current Renter.

TD F 90-22.48 (6/96)

**WHITE COPY - RETURN TO COURT**