

# Department of the Treasury
*Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | CV B-04-152 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| ONE PIECE OF REAL PROPERTY LOCATED IN CAMERON COUNTY, TEXAS | Publication of Monition |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE: Please see special instructions.

ADDRESS (Street or RFD, Apartment No., City, State and Zip Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Mr. Allan Hoffmann
Assistant U. S. Attorney
1701 W. Business 83, Suite 600
McAllen, TX 78501

NUMBER OF PROCESS TO BE SERVED IN THIS CASE:
NUMBER OF PARTIES TO BE SERVED IN THIS CASE:
CHECK BOX IF SERVICE IS ON USA:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE. (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service):

Please publish the Monition/Notice of Forfeiture Action once a week for three weeks in the Brownsville Herald. Thanks.

Signature of Attorney or other Originator requesting service on behalf of: [X] PLAINTIFF  [ ] DEFENDANT
Allan Hoffmann, AUSA
TELEPHONE NO.: (956) 618-8010
DATE: 8-30-04

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS: Leticia Martin

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

I acknowledge receipt for the total number of process indicated.
District of Origin No.:
District to Serve No.:
SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: Leticia Martin
DATE: 10/21/04

I HEREBY CERTIFY AND RETURN THAT I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [X] HAVE EXECUTED AS SHOWN IN "REMARKS", THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC., AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC NAMED ABOVE.

NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE:

[ ] A person of suitable age and discretion then residing in the defendant's usual place of abode.

ADDRESS: (Complete only if different than shown above)

DATE OF SERVICE:
TIME OF SERVICE: [ ] AM  [ ] PM
SIGNATURE, TITLE AND TREASURY AGENCY:

**REMARKS:** Herein attached is an Affidavit of Publication which certifies publication of notice as requested. This notice has been made part of the seizure case file no.

TD F 90-22.48 (6/96)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

UNITED STATES OF AMERICA,
　　　　　Plaintiff,

v.                                              Civil NO. B-04-152

ONE PIECE OF REAL PROPERTY
LOCATED IN CAMERON COUNTY,
TEXAS, Defendant.

## MONITION / NOTICE OF FORFEITURE ACTION

Notice is hereby given that an action styled as shown above has been brought by the United States of America seeking to forfeit the real property located in Cameron County, Texas, described as Lot Twelve 5, Block 205 containing 23.39 acres, more or less, El Jardin Re-Subdivision, Espiritu Santo Grant, in Cameron County, Texas, according to the Map of said Subdivision recorded in Volume 4, page 46, Map Records of Cameron County, Texas, conveyed to Javier Barron and Marina Barron by Special Warranty Deed recorded in Volume 4923, page 128 et. seq. of the deed records of Cameron County, Texas.

Anyone claiming an interest in this property and wishing to contest this forfeiture action must file with the Court their Claim verified on their oath or solemn affirmation stating their interest in the property by which they claim a right to defend the forfeiture action within thirty (30) days of actual notice of this action or from the last publication of this Monition, whichever is earlier, or within such time as may be allowed upon application to the Court, and must file an Answer to the Complaint for Forfeiture within 20 days after the filing of their Claim, serving copies of both their Claim and their Answer upon: The United States of America, c/o U.S. Attorney's Office, 1701 W. Business 83, Suite 600, McAllen, Texas 78501, Attention: Forfeiture Attorney.

MICHAEL T. SHELBY
UNITED STATED ATTORNEY
SOUTHERN DISTRICT OF TEXAS

---

**PUBLISHER'S AFFIDAVIT**

STATE OF TEXAS
CAMERON COUNTY

_____Ricardo Acosta_____, BEING DULY SWORN O[N]

IS THE BOOKKEEPER OF THE BROWNSVILLE HERALD AND THAT T[HE]

Monition/Notice Of Forfeiture Action

APPEARED IN THE FOLLOWING ISSUES _____Sept[ember]

#4836

SUBSCRIBED AND SWORN BEFORE ME THIS   23rd   DAY OF   September   2004

NOTARY PUBLIC/CAMERON COUNTY

OLGA SALDIVAR
Notary Public
State of Texas
My Comm. Exp. 03/07/07