UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| PLAINTIFF, | § | |
| | § | |
| VS. | § | CIVIL NO. B-04-152 |
| | § | |
| ONE PIECE OF REAL PROPERTY | § | |
| LOCATED IN CAMERON COUNTY, | § | |
| TEXAS,          DEFENDANT, | § | |

**ORDER GRANTING CLAIMANTS UNOPPOSED MOTION
FOR 30 DAY CONTINUANCE OF FINAL PRETRIAL CONFERENCE
AND UNOPPOSED MOTION FOR LEAVE TO FILE SAME**

On this day, came on for consideration before the Court Claimants' Unopposed Motion for 30 Day Continuance of Final Pretrial Conference and Unopposed Motion for Leave to File Same. After reviewing the evidence before the Court, the Court is of the opinion Claimants' Unopposed Motion for 30 Day Continuance for Final Pretrial Conference and Unopposed Motion for Leave to File Same should be **GRANTED**.

IT IS THEREFORE, ORDERED that the Claimants' Unopposed Motion for 30 Day Continuance for Final Pretrial Conference and Unopposed Motion for Leave to File Same is hereby GRANTED.

Signed on this _____ day of _____, 2006.

_____
JUDGE PRESIDING