UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, PLAINTIFF, | § § § | |
| VS. | § § | CIVIL NO. B-04-152 |
| ONE PIECE OF REAL PROPERTY LOCATED IN CAMERON COUNTY, TEXAS, DEFENDANT, | § § § § | |

**ORDER SETTING HEARING ON CLAIMANTS UNOPPOSED MOTION
FOR 30 DAY CONTINUANCE OF FINAL PRETRIAL CONFERENCE
AND UNOPPOSED MOTION FOR LEAVE TO FILE SAME**

On the day, came on before the Court Claimants' Unopposed Motion for 30 Day Continuance of Final Pretrial Conference and Unopposed Motion for Leave to File Same in the above-styled and numbered cause. The Court having considered same in of the opinion that a hearing should be held thereon.

IT IS THEREFORE, ORDERED that said the Motion for Continuance and for Leave to File Same is hereby set for hearing on the _____ day of _____, 2006, at _____ o'clock a.m./p.m.

SIGNED this _____ day of _____, 2006.

_____
JUDGE PRESIDING