# Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | ☐ Kovacevic  ■ Patterson |
| DATE | 01 — 05 — 06 |
| TIME | a.m. — a.m. <br> 1:50 p.m. — 1:52 p.m. |
| CIVIL ACTION | B — 04 — 152 |
| STYLE | UNITED STATES OF AMERICA <br> *versus* <br> One Piece of Real Property located in Cameron County, Tx |



United States District Court
Southern District of Texas
FILED

JAN 0 5 2006

Michael N. Milby, Clerk of Cou

DOCKET ENTRY

(HGT) ■ Final Pretrial Conference           (Court Reporter: Heather Hall)

Attorney(s) for Plaintiff (US Govt.):         Allan Hoffman
Attorney(s) for Claimants:
Javier and Marianna Barron                     Mark Sossi
BISD/Cameron County Tax Entities:              Kent Rider
Neta Van Bebber                                Arthur Eugene McCullough

***Comments***:

Mr. Sossi, counsel for Claimants Javier and Marianna Barron: Parties seek to sell the property in question to the airport to permit payment in full to the other claimants. This solution sought after partition was not possible due to tax liability.

Mr. Rider, Mr. McCullough, and Mr. Hoffman: Confirmed that motion for continuance was unopposed.

Court: asked other parties whether motion was unopposed, once satisfied that motion was unopposed by government and Van Bebber and tax entities, granted continuance, requested that parties update the Court during the 30 days, before next date for final pretrial conference.

***Ruling***: Claimants Unopposed Motion for 30 day Continuance of Final Pretrial Conference and Unopposed Motion for Leave to file same was ***Granted.***