| UNITED STATES DISTRICT COURT | ★ | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

United States District Court
Southern District of Texas
ENTERED
JAN 0 6 2006
Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES OF AMERICA §
§
*versus* § CIVIL ACTION NO. B-04-152
§
ONE PIECE OF REAL PROPERTY §
LOCATED IN CAMERON COUNTY,
TEXAS, ET AL

## Order Re-Setting Docket Call and Jury Selection

1. Docket call and final pretrial conference
   has been reset for 1:30 p.m. on: **January 31, 2006**

2. Jury selection is reset for 9:00 a.m. on: **February 6, 2006**
   *The case will remain on standby until tried.*

Signed _____January 5_____, 2006 at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge