**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, * | |
| Plaintiff, * | |
| v. * | CIVIL NO. B-04-152 |
| * | |
| ONE PIECE OF REAL PROPERTY * | |
| LOCATED IN CAMERON COUNTY, * | |
| TEXAS,     Defendant. * | |

**UNOPPOSED MOTION TO CONTINUE
<u>FINAL PRETRIAL AND JURY SELECTION</u>**

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Javier Barron and Marianna Barron, sometimes hereinafter referred to as "the Barron Claimants," by and through their attorney of record, and would respectfully show the Court following:

I.

The Defendant Property is located near the Brownsville airport. The undersigned believes it is subject to condemnation as part of the expansion of that airport and has been engaged in moving that action forward to convert the Defendant Property into cash to be divided among Plaintiff and the Claimants.

II.

Although the undersigned has been diligently pursing the above since January 5, 2006, more time is needed. Therefore, the Barron Claimants respectfully pray that Final Pretrial, now set for January 31, 2006, be continued to February 28, 2006, and that Jury Selection, now set for February 6, 2006, be continued to March 6, 2006. This request is not made solely for the purpose of delay, but so that justice may be served.

III.

Plaintiff, Claimant Taxing Entities, and Claimant Neta Van Bebber have been consulted and do not oppose this motion.

                        Respectfully submitted,

                        JAVIER BARRON
                        MARIANNA BARRON


                        /S/ Mark E. Sossi
                        Mark E. Sossi
                        Attorney at Law
                        Attorney-in-Charge
                        Texas Bar No. 18855680
                        Southern District No. 10231
                        Three North Park Plaza
                        Brownsville, Texas 78521
                        (956)554-7877


**CERTIFICATE OF CONSULTATION**

The undersigned certifies that Mr. Allan Hoffmann, counsel for Plaintiff, has been consulted and he does not oppose this motion and hopes that it will be granted.

The undersigned hereby certifies that Mr. Kent Rider, counsel for Cameron County and other taxing entities, has been consulted and he does not oppose this motion.

The undersigned hereby certifies that Mr. Arthur "Gene" McCullough, counsel for Neta Van Bebber, has been consulted and he does not oppose this motion.

                        /S/ Mark E. Sossi
                        Mark E. Sossi
                        Attorney at Law
                        Counsel for Javier Barron and
                        Marianna Barron

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing instrument was delivered via telefax and mailed via certified mail, return receipt requested to:

| | |
|---|---|
| Mr. Allan Hoffmann<br>Assistant U. S. Attorney<br>1701 W. Business 83, Ste 600<br>McAllen, TX 78501 | Mr. Arthur "Gene" McCullogh<br>Attorney at Law<br>P. O. Box 2244<br>Harlingen, TX 78551-2244 |

Mr. Kent M. Rider
Attorney at Law
P. O. Box 17428
Austin, TX 78760

on this the __30th__ day of January, 2006.

                                              /S/ Mark E. Sossi
                                            Mark E. Sossi
                                            Attorney at Law
                                            Counsel for Javier Barron and
                                            Marianna Barron