UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. ONE PIECE OF REAL PROPERTY LOCATED IN CAMERON COUNTY, TEXAS, Defendant. | CIVIL NO. B-04-152 |

ORDER CONTINUING
**FINAL PRETRIAL AND JURY SELECTION**

THIS DAY came on to be considered the Unopposed Motion to Continue Final Pretrial and Jury Selection filed by Claimants Javier Barron and Marianna Barron.

Finding that motion to be in proper form and unopposed, that motion is GRANTED.

Final Pretrial Conference now set for January 31, 2006, at 1:30 p.m. is continued to the __28th__ day of __February__, 2006, at __1:30__ a.m./(p.m.) in this Federal District Court, Brownsville Division.

Jury Selection now set for February 6, 2006, at 9:00 a.m. is continued to the __6th__ day of __March__, 2006, at __9:00__ (a.m.)/p.m. in this Federal District Court, Brownsville Division.

Done on this the __30__ day of __January__, 2006, in Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge