United States District Court
Southern District of Texas
FILED

FEB 27 2006

Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITES STATES OF AMERICA | § | |
| | § | |
| VS | § | CIVIL ACTION B-04-152 |
| | § | |
| ONE PIECE OF REAL PROPERTY | § | |
| LOCATED IN CAMERON COUNTY, | § | |
| TEXAS | § | |

**MOTION TO CONTINUE PRETRIAL CONFERENCE AND TRIAL SETTING**

TO THE HONORALE JUDGE OF SAID COURT:

COMES NOW, Javier and Marina Barron, and files this, their Motion to Continue Pretrial Conference and Trail Setting and in support thereof would show this Honorable Court as follows:

1. Claimants move to continue the pretrial conference and trail setting in this case set for Tuesday, February 28, 2006 and Wednesday, March 1, 2006 respectively.

2. Defense Attorney has a conflict with a federal criminal case set for pretrial on Tuesday, February 28, 2006 at 8:30 a.m. and jury trial on Wednesday, March 1, 2006 at 8:00 a.m. The case, styled United States of America vs. Delvin D. Moore, cause no. CR-C-05-542-1, is set before the Honorable United States Judge Janis Graham Jack in Corpus Christi, Texas.

3. Defense Attorney believed that the criminal case would be continued because a reindictment of his client, however, the Honorable U.S. Judge Jack today informed the Defense Counsel, that she has elected to keep the case on the docket

and hold a status conference at 8:30 a.m. and a rearrangement at 10:00 a.m., tomorrow. This means that Defense Counsel will have to travel to Corpus Christi tomorrow.

4. The forfeiture case before this Court still should settle. Defense Counsel has been informed by Mr. Larry Brown, President of the Brownsville Airport, that he will have an appraiser visit the property at issue. However, the appraiser has not been able to complete the appraisal. Therefore, Defense Counsel would request that this case be continued another thirty (30) days to permit the appraisal process to continue. The appraisal by the Brownsville Airport, which entity wishes to purchase this property, appears to be the only practical obstacle to setting this case.

Wherefore, Defendant respectfully prays this Honorable Court continue this case for an additional thirty (30) days.

Respectfully submitted,

LAW OFFICE OF MARK E. SOSSI
Three North Park Plaza
Brownsville, Texas 78521
Telephone: (956) 554-7877
Facsimile: (956) 554-7879

By: _____
Mark E. Sossi
State Bar No. 18855680
USDC No. 10231

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has on this the 27th day of February, 2006, been forwarded to:

**VIA FACSIMILE**
Allan Hoffmann
Assistant United States Attorney
1701 West Highway 83, Suite 600
McAllen, Texas 78501
Telephone: (956) 630-3173
Facsimile: (956) 618-8016

**VIA FACSIMILE**
Kent M. Rider
Attorney at Law
P.O. Box 17428
Austin, Texas 78760
Telephone: (512) 447-6675
Facsimile: (512) 443-3494

**VIA FACSIMILE**
Arthur "Gene" McCullogh
P.O. Box 2244
Harlingen, Texas 78551
Telephone: (956) 423-1234
Facsimile: (956) 423-4976

MARK E. SOSSI

## CERTIFICATE OF CONFERENCE

     I hereby certify that I have conferred with the Assistant U.S. Attorney Allan Hoffmann and Arthur "Gene" McCullogh regarding this motion and have stated that they are unopposed to this motion. I have attempted to contact Mr. Kent Rider but have been informed that he will be in till tomorrow.

                                                                                Mark E. Sossi