UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITES STATES OF AMERICA | § § | |
| VS | § § | CIVIL ACTION B-04-152 |
| ONE PIECE OF REAL PROPERTY LOCATED IN CAMERON COUNTY, TEXAS | § § § | |

**ORDER GRANTING MOTION TO CONTINUE
PRETRIAL CONFERENCE AND TRIAL SETTING**

On this day, came on for consideration before the Court Claimants, Javier and Marianna Barrron's Motion to Continue Pretrial Conference and Trial Setting. After reviewing the evidence before the Court, the Court is of the opinion Claimants, Motion to Continue Pretrial Conference and Trail Setting should be **GRANTED**.

IT IS THEREFORE, ORDERED that the Claimants, Motion is hereby **GRANTED**.

Signed on this _____ day of _____, 2006.

_____
JUDGE PRESIDING