UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITES STATES OF AMERICA | § § | |
| VS | § § | CIVIL ACTION B-04-152 |
| ONE PIECE OF REAL PROPERTY LOCATED IN CAMERON COUNTY, TEXAS | § § § § | |

**ORDER SETTING HEARING ON MOTION TO CONTINUE
PRETRIAL CONFERENCE AND TRIAL SETTING**

On the day, came on before the Court Claimants, Javier and Marianna Barrron's Motion to Continue Pretrial Conference and Trail Setting in the above-styled and numbered cause. The Court having considered same in of the opinion that a hearing should be held thereon.

IT IS THEREFORE, ORDERED that said the Motion to Continue is hereby set for hearing on the _____ day of _____, 2006, at _____ o'clock a.m./p.m.

SIGNED this _____ day of _____, 2006.

_____
JUDGE PRESIDING