UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 2 7 2006

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| UNITES STATES OF AMERICA | § § | |
| VS | § § | CIVIL ACTION B-04-152 |
| ONE PIECE OF REAL PROPERTY LOCATED IN CAMERON COUNTY, TEXAS | § § § | |

### ORDER GRANTING MOTION TO CONTINUE
### PRETRIAL CONFERENCE AND TRIAL SETTING

On this day, came on for consideration before the Court Claimants, Javier and Marianna Barrron's Motion to Continue Pretrial Conference and Trial Setting. After reviewing the evidence before the Court, the Court is of the opinion Claimants, Motion to Continue Pretrial Conference and Trail Setting should be **GRANTED**.

IT IS THEREFORE, ORDERED that the Claimants, Motion is hereby GRANTED.   **Final Pretrial Conference is set for 3/29/06 at 1:30 p.m.
Jury Selection is set for 4/10/06 at 9:00 a.m.**

Signed on this ___ day of February, 2006.

JUDGE PRESIDING