United States District Court
Southern District of Texas
FILED

MAR 2 8 2006

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITES STATES OF AMERICA | § | |
| | § | |
| VS | § | CIVIL ACTION B-04-152 |
| | § | |
| ONE PIECE OF REAL PROPERTY | § | |
| LOCATED IN CAMERON COUNTY, | § | |
| TEXAS | § | |

**MOTION TO CONTINUE PRETRIAL CONFERENCE AND TRIAL SETTING**

TO THE HONORALE JUDGE OF SAID COURT:

COMES NOW, Javier and Marina Barron, and files this, their Motion to Continue Pretrial Conference and Trail Setting and in support thereof would show this Honorable Court as follows:

1. Claimants move to continue the pretrial conference and trail setting in this case set for Wednesday, March 29, 2006 and Monday, April 10, 2006 respectively.

2. The forfeiture case before this Court still should settle. Defense Counsel would request that this case be continued another thirty (30) days to permit the appraisal process to continue. The appraisal by the Brownsville Airport, which entity wishes to purchase this property, appears to be the only practical obstacle to setting this case.

Wherefore, Defendant respectfully prays this Honorable Court continue this case for an additional thirty (30) days.

Received Fax : Case 1:01-cv-00152  Mar 28 2006 4:00PM  Document 45  Fax Station :  Filed in TXSD on 03/28/2006  JUDGE HILDA TAGLE  Page 2 of 4

MAR-28-2006 TUE 04:00 PM                                                                                          P 004

Respectfully submitted,

LAW OFFICE OF MARK E. SOSSI
Three North Park Plaza
Brownsville, Texas 78521
Telephone: (956) 554-7877
Facsimile: (956) 554-7879

By: _____
Mark E. Sossi
State Bar No. 18855680
USDC No. 10231

Received Fax : Case 1:04-cv-00152 Mar 28 2006 4:00PM Document 45 Fax Station : Filed in TXSD on 03/28/2006 JUDGE HILDA TAGLE Page 3 of 4

MAR-28-2006 TUE 04:00 PM                                                                          P 005

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has on this the 28 day of _March_, 2006, been forwarded to:

**VIA FACSIMILE**
Allan Hoffmann
Assistant United States Attorney
1701 West Highway 83, Suite 600
McAllen, Texas 78501
Telephone: (956) 630-3173
Facsimile: (956) 618-8016

**VIA FACSIMILE**
Kent M. Rider
Attorney at Law
P.O. Box 17428
Austin, Texas 78760
Telephone: (512) 447-6675
Facsimile: (512) 443-3494

**VIA FACSIMILE**
Arthur "Gene" McCullogh
P.O. Box 2244
Harlingen, Texas 78551
Telephone: (956) 423-1234
Facsimile: (956) 423-4976

_____
MARK E. SOSSI

Received Fax : Case 1:04-cv-00152 Mar 28 2006 4:00PM Document 45 Fax Station : Filed in TXSD on 03/28/2006 JUDGE HILDA TAGLE Page 4 of 4

MAR-28-2006 TUE 04:00 PM                                                                    P. 006

## CERTIFICATE OF CONFERENCE

I hereby certify that I have conferred with the Assistant U.S. Attorney Allan Hoffmann regarding this motion and have stated that they are opposed to this motion and Mr. Kent Rider is unopposed to said Motion. My office left Mr. Arthur "Gene" McCullogh a message and has been unable to respond.

_____
Mark E. Sossi