Received Fax : Case 1:04-cv-00152 Mar 28 2006 4:00PM Document 16 Fax Station : Filed in TXSD on 03/28/2006 JUDGE HILDA TAGLE Page 1 of 1

MAR-28-2006 TUE 04:00 PM                                                                  P. 007

United States District Court
Southern District of Texas
ENTERED

MAR 2 8 2006

Michael N. Milby, Clerk of Court
By Deputy Clerk R Ahumada

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITES STATES OF AMERICA | § | |
| | § | |
| VS | § | CIVIL ACTION B-04-152 |
| | § | |
| ONE PIECE OF REAL PROPERTY | § | |
| LOCATED IN CAMERON COUNTY, | § | |
| TEXAS | § | |

### ORDER ~~GRANTING~~ *Denying* MOTION TO CONTINUE PRETRIAL CONFERENCE AND TRIAL SETTING

On this day, came on for consideration before the Court Claimants, Javier and Marianna Barron's Motion to Continue Pretrial Conference and Trial Setting. After reviewing the evidence before the Court, the Court is of the opinion Claimants, Motion to Continue Pretrial Conference and Trail Setting should be ~~GRANTED~~ *denied*.

IT IS THEREFORE, ORDERED that the Claimants, Motion is hereby ~~GRANTED~~ *denied*. *ht*

Signed on this 28 day of March, 2006.

_____
JUDGE PRESIDING