UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 29 2006
2:24 pm
Michael N. Milby, Clerk of Court

UNITED STATES OF AMERICA,
        Plaintiff,

v.
ONE PIECE OF REAL PROPERTY
LOCATED IN CAMERON COUNTY,
TEXAS,        Defendant.

CIVIL ACTION NO. B-04-152

United States District Court
Southern District of Texas
ENTERED

MAR 30 2006

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

### INTERLOCUTORY AGREED ORDER AND STIPULATION OF FACTS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the United States of America, Claimants Brownsville Independent School District, Cameron County, Cameron County Drainage District No. 1, South Texas Independent School District, City of Brownsville, Brownsville Navigation District and Texas Southmost College District, herein after referred to as "Claimant Taxing Entities," Claimant Neta Van Bebber, and Claimant Javier Barron and Marianna Barron herein after referred to as "Claimants Barron" by and through their respective attorneys of record, and would respectfully submit for the Court's approval and filing this agreed order and stipulation of facts.

### I. STIPULATIONS

1. Claimant Van Bebber is an innocent lienholder secured by the subject property by virtue of the Promissory Note and Deed of Trust executed by Bulmaro Barron, Marina Barron and Javier Barron. The Deed of Trust is recorded in Volume 1663, Page 5, Cameron County Official Records.

2. Claimant Van Bebber's lien is further secured by Warranty Deed with Vendor's Lien executed by Jack Van Bebber and Neta Van Bebber to Bulmaro Barron, Marina Barron and Javier Barron recorded in Volume 1663, Page 1, Cameron County Official Records, and Transfer of Lien executed by Deborah Jo Hargrove, Independent Executrix of the Estate of Jack Van Bebber, Deceased to Neta Van Bebber recorded in Volume 2421, Page 31, Cameron County Official Records.

3. The subject property is legally described as follows:

   Lot 5, Block 205, containing 23.29 acres, more or less, El Jardin Resubdivision, Espiritu Santo Grant in Cameron County, Texas according to the Map of said subdivision, recorded in Volume 4, Page 48 Map Records of Cameron County, Texas.

4. Claimant Van Bebber's lien pre-dates any of the alleged illegal activities and cannot be extinguished by forfeiture in this matter.

5. Upon forfeiture, if so ordered, and subsequent sale of the property, Claimant Van Bebber is entitled to be paid the remaining principal, accrued interest, and attorney's fees as provided in the note and deed of trust.

6. If the matter is resolved in favor of Claimants Barron, Claimant Van Bebber is entitled to demand that the note be brought current, all past-due taxes be paid, and attorney's fees be paid.

7. The above stipulations relate only to the interest of Claimant Van Bebber and not to the merits of this action.

IT BEING REPRESENTED TO THE COURT THAT THE PARTIES HAVE MADE AN AGREEMENT IN THIS MATTER, IT IS HEREBY ORDERED that Neta Bebber is entitled to the relief stated in the above stipulations.

_____  3/29/06
JUDGE PRESIDING

AGREED TO IN FORM AND SUBSTANCE:

_____
Arthur "Gene" McCullough
State Bar No. 00734267
Federal I. D. No. 19292
P.O. Box 2244/323 E. Jackson St.
Harlingen, Texas 78551-2244
Phone (956)423-1234
Fax (956)423-4976
Attorney for Claimant Neta Van Bebber

_____
Kent M. Rider
Texas Bar No. 16896000
Southern District Bar No. 13883
P.O. Box 17428
Austin, Texas 78760
Tel:   (512) 447-6675
Fax:   (512) 443-3494
Attorney for Claimant Taxing Entities

_____
Allan Hoffmann
Texas Bar No. 09778700
Southern District Bar No. 6042
Assistant United States Attorney
1701 West Highway 83, Suite 600
McAllen, Texas 78501
Tel:   (956) 630-3173 x 236
Attorney for Plaintiff

_____
Mark E. Sossi
Texas Bar No. 18855680
Southern District Bar No. 10231
Three North Park Plaza
Brownsville, Texas 78521
Tel:   (956) 554-7877
Fax:   (956) 554-7879
Attorney for Claimants Barron