United States District Court
Southern District of Texas
FILED

MAR 2 9 2006

Michael N. Milby, Clerk of Court

ENTERED

MAR 3 0 2006

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, § | | |
| Plaintiff § | | |
| V. § | | CIVIL NO. B-04-152 |
| § | | |
| ONE PIECE OF REAL PROPERTY § | | |
| LOCATED IN CAMERON § | | |
| COUNTY, TEXAS, § | | |
| Defendant § | | |

INTERLOCUTORY JUDGMENT ON CLAIMS OF
CAMERON COUNTY, TEXAS, CAMERON
COUNTY DRAINAGE DISTRICT NO. 1,
SOUTH TEXAS INDEPENDENT SCHOOL DISTRICT,
CITY OF BROWNSVILLE, BROWNSVILLE NAVIGATION
DISTRICT, TEXAS SOUTHMOST COLLEGE DISTRICT
AND BROWNSVILLE INDEPENDENT SCHOOL DISTRICT

The Court having reviewed the parties Joint Pretrial Order and finding that Cameron County, Texas, for itself and on behalf of Cameron County Drainage District No. 1, South Texas Independent School District, City of Brownsville, Brownsville Navigation District, and Texas Southmost College District, together with the Brownsville Independent School District, filed an answer, counterclaim and a claim in this case seeking a judgment for ad valorem taxes assessed on the Defendant Property and that no other party in this case has filed an opposition to that claim, and it further appearing to the Court that the above claimant taxing units qualify under 21 U.S.C. §853(n)(6) because each possessed a vested interest in the Defendant Property by virtue of TEX. TAX CODE ANN. §32.01 which was superior to any right, title, or interest of any other party by virtue of TEX. TAX CODE ANN. §32.05 at the time of the commission of the acts which gave rise to the forfeiture of the Defendant Property;

It is, therefore, ORDERED, ADJUDGED and DECREED that that there are due, owing and unpaid to Cameron County, Texas, for itself and on behalf of Cameron County Drainage District No. 1, South Texas Independent School District, City of Brownsville, Brownsville Navigation District,

1

and Texas Southmost College District, together with the Brownsville Independent School District, the following amounts of delinquent taxes, accrued penalties, interest, and costs for all delinquent years upon the Defendant Property described above, together with additional penalties and interest at the rates prescribed by Subchapters A and C of Chapter 33, Texas Property Tax Code, which accrue hereafter on all of said taxes from January 1, 2006 until paid:

| Tax Year | Cameron County, et al | Brownsville Ind. Sch. Dist. |
|---|---|---|
| 2002 | $1,593.12 | $ 1,828.59 |
| 2003 | $1,971.66 | $ 2,192.67 |
| 2004 | $3,615.78 | $ 3,972.77 |
| 2005 | $2,535.38 | $ 2,785.95 |
| Totals | $9,715.94 | $10,779.98 |

It is further ORDERED, ADJUDGED and DECREED that the aforesaid amounts of taxes, penalties and interest are secured by liens in favor of Cameron County, Texas, for itself and on behalf of Cameron County Drainage District No. 1, South Texas Independent School District, City of Brownsville, Brownsville Navigation District, and Texas Southmost College District, together with the Brownsville Independent School District, and that those liens shall survive any forfeiture of that property to the United States of America.

It is further ORDERED, ADJUDGED and DECREED that upon a sale of the Defendant Property by the United States of America, the sums awarded by this Judgment shall be paid to Cameron County, Texas, for itself and on behalf of Cameron County Drainage District No. 1, South Texas Independent School District, City of Brownsville, Brownsville Navigation District, and Texas Southmost College District, together with the Brownsville Independent School District next after payment of all fees and expenses incurred in preserving and selling the Defendant Property.

This judgment is interlocutory and is entered without prejudice to the claims of any other party in this case.

SIGNED on ~~January~~ March 29, 2006 at Brownsville, Texas.

_____
HILDA G. TAGLE, United States District Judge