# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION
600 E. HARRISON ST. #101
BROWNSVILLE, TEXAS 78520-7114



## TRANSMITTAL COVER SHEET

**DATE:** 4/5/06

**TO:** All Counsel of Record

☑ **Civil Cause No.** B-04-152

☐ **Criminal Cause No.** _____

**STYLED:** USA vs. One Piece of Real Property

**FROM:** STELLA CAVAZOS, CASE MANAGER FOR JUDGE HILDA G. TAGLE
OFFICE: 956-548-2628  FAX: 956-548-2598

**DESCRIPTION:** ORDER

**TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:** 6

# HP LaserJet *3330*



JUDGE HILDA TAGLE
(956)574-7416
Apr-5-2006  10:47AM

## Fax Call Report

| Job | Date | Time | Type | Identification | Duration | Pages | Result |
|---|---|---|---|---|---|---|---|
| 994 | 4/ 5/2006 | 10.44:52AM | Send | ✔ 89566188016 | 2:54 | 6 | OK |

*Allen Hoffman*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION
600 E. HARRISON ST. #101
BROWNSVILLE, TEXAS 78520-7114



TRANSMITTAL COVER SHEET

DATE: 4/5/06

TO: All Counsel of Record

☑ Civil Cause No. B-04-152

☐ Criminal Cause No. _____

STYLED: USA vs. One Piece of Real Property.

FROM: STELLA CAVAZOS, CASE MANAGER FOR JUDGE HILDA G. TAGLE
OFFICE: 956-548-2628  FAX: 956-548-2598

DESCRIPTION: ORDER

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 6

# HP LaserJet *3330*



JUDGE HILDA TAGLE
(956)574-7416
Apr-5-2006  10:44AM

## Fax Call Report

| Job | Date | Time | Type | Identification | Duration | Pages | Result |
|---|---|---|---|---|---|---|---|
| 993 | 4/ 5/2006 | 10:41:38AM | Send | 85124433494 | 2.47 | 6 | OK |

*Kent Riley*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION
600 E HARRISON ST. #101
BROWNSVILLE, TEXAS 78520-7114



TRANSMITTAL COVER SHEET

DATE: 4/5/06
TO: All Counsel of Record
☒ Civil Cause No. B-04-152
☐ Criminal Cause No. _____
STYLED: USA vs. One Piece of Real Property.
FROM: STELLA CAVAZOS, CASE MANAGER FOR JUDGE HILDA G. TAGLE
OFFICE: 956-548-2628  FAX: 956-548-2598
DESCRIPTION: ORDER
TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 6

# HP LaserJet 3330



JUDGE HILDA TAGLE
(956)574-7416
Apr-5-2006   10:50AM

## Fax Call Report

| Job | Date | Time | Type | Identification | Duration | Pages | Result |
|---|---|---|---|---|---|---|---|
| 995 | 4/ 5/2006 | 10 48·45AM | Send | 95547879 | 1:47 | 6 | OK |

Mark Sossi

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION
600 E. HARRISON ST. #101
BROWNSVILLE, TEXAS 78520-7114



TRANSMITTAL COVER SHEET

DATE: 4/5/06
TO: All Counsel of Record
☑ Civil Cause No. B-04-152
☐ Criminal Cause No. _____
STYLED: USA vs. One Piece of Real Property.
FROM: STELLA CAVAZOS, CASE MANAGER FOR JUDGE HILDA G. TAGLE
OFFICE: 956-548-2628   FAX: 956-548-2598
DESCRIPTION: ORDER
TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 6

# HP LaserJet *3330*

JUDGE HILDA TAGLE
(956)574-7416
Apr-5-2006   11.02AM



| Fax Call Report | | | | | | | |
|---|---|---|---|---|---|---|---|
| Job | Date | Time | Type | Identification | Duration | Pages | Result |
| 999 | 4/ 5/2006 | 10:59:08AM | Send | 89564234976 | 2:48 | 6 | OK |

*Arthur McCullough*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION
600 E. HARRISON ST. #101
BROWNSVILLE, TEXAS 78520-7114



### TRANSMITTAL COVER SHEET

DATE: 4/5/06

TO: All Counsel of Record

☒ Civil Cause No. B-04-152

☐ Criminal Cause No. _____

STYLED: USA vs. One Piece of Real Property.

FROM: STELLA CAVAZOS, CASE MANAGER FOR JUDGE HILDA G. TAGLE
OFFICE: 956-548-2628  FAX: 956-548-2598

DESCRIPTION: ORDER

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: 6