## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## McALLEN DIVISION

```
UNITED STATES OF AMERICA,        *
           Plaintiff,            *
v.                               *       CIVIL NO. B-04-152
                                 *
ONE PIECE OF REAL PROPERTY       *
LOCATED IN CAMERON COUNTY,       *
TEXAS,        Defendant.         *
```

### MOTION FOR AN ADDITIONAL WEEK IN WHICH TO FILE AN AGREED MOTION FOR JUDGMENT

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW the United States of America, by and through its United States Attorney for the Southern District of Texas and its Assistant U. S. Attorney assigned to this matter, sometimes hereinafter referred to as "Plaintiff," and Neta Van Bebber, by and through her attorney of record, and would respectfully show the Court following:

I.

Plaintiff, Claimant Taxing Entities, and Claimant Neta Van Bebber have reached an agreement for an agreed resolution of their respective claims to the Defendant Property. Plaintiff and counsel for Claimant Van Bebber finalized their agreement at approximately 4:00 p.m. on April 13, 2006.

Counsel for Claimant Van Bebber and counsel for Claimant Taxing Entities will not be in their offices on April 14, 2006.

It is counsels' preference that the Agreed Motion for Judgment and Agreed Judgment bear counsels' original signatures. To circulate these documents to Austin, Harlingen, and McAllen, and have them ready for filling with the Court will not be possible by April 17, 2006.

Counsel for Plaintiff and for Claimant Van Bebber agreed that they would file a motion for an additional week to file the Motion for Agreed Judgment and proposed Agreed Judgment.

II.

Counsel for Plaintiff United States placed a call to Kent Rider, counsel for Claimant Taxing Entities, to learn his position toward this motion and found he had gone for the day and would not be in the office Friday April 14, 2006. Counsel for Plaintiff has worked with Mr. Rider on many cases and is confident he would not oppose this motion if he had been available to state his position toward it.

WHEREFORE, PREMISES CONSIDERED, Plaintiff and Claimant Neta Van Bebber pray that the deadline for filing additional motions be reset from April 17, 2006, to April 24, 2006.

Respectfully submitted,

| | |
|---|---|
| DONALD J. DeGABRIELLE, JR.<br>UNITED STATES ATTORNEY | NETA VAN BEBBER |
| /S/ Allan Hoffmann<br>Allan Hoffmann<br>Assistant U. S. Attorney<br>Attorney-in-Charge<br>Texas Bar No. 09778700<br>Southern District No. 6042<br>U. S. Attorney's Office<br>1701 W. Business 83, Suite 600<br>McAllen, Texas 78501<br>(956 )630-3173 | /S/ Arthur "Gene" McCullogh<br>Arthur "Gene" McCullogh<br>Attorney at Law<br>Attorney-in-Charge<br>Texas Bar No. 00734267<br>Southern District Bar No. 19292<br>P. O. Box 2244<br>Harlingen, TX 78551-2244<br>(956)423-1234 |

**CERTIFICATE OF CONSULTATION**

 The undersigned hereby certifies that he attempted to consult with Mr. Kent Rider, counsel for Cameron County and other taxing entities, but was unable to determine his position toward this motion.

/S/ Allan Hoffmann<br>
Allan Hoffmann<br>
Assistant U. S. Attorney

**CERTIFICATE OF SERVICE**

 I hereby certify that a copy of the foregoing instrument was delivered to:

Mr. Kent M. Rider  
Attorney at Law  
P. O. Box 17428  
Austin, TX 78760

on this the  13th  day of April, 2006.

/S/ Allan Hoffmann<br>
Allan Hoffmann<br>
Assistant U.S. Attorney