**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

```
UNITED STATES OF AMERICA,     *
          Plaintiff,          *
v.                            *       CIVIL NO. B-04-152
                              *
ONE PIECE OF REAL PROPERTY    *
LOCATED IN CAMERON COUNTY,    *
TEXAS,     Defendant.         *
```

**ORDER EXTENDING TIME TO FILE MOTIONS**

THIS DAY came on to be heard the Motion for An Additional Week In Which to File An Agreed Motion for Judgment filed by Plaintiff United States of America and Claimant Neta Van Bebber.

That motion is GRANTED. The deadline for filing additional motions is reset from April 17, 2006, to April 24, 2006.

Done on this the _____ day of _____, 2006, in Brownsville, Texas.

_____
HILDA G. TAGLE
UNITED STATES DISTRICT JUDGE