UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
APR 18 2006
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | CIVIL NO. B-04-152 |
| | * | |
| ONE PIECE OF REAL PROPERTY | * | |
| LOCATED IN CAMERON COUNTY, | * | |
| TEXAS,   Defendant. | * | |

### ORDER EXTENDING TIME TO FILE MOTIONS

THIS DAY came on to be heard the Motion for An Additional Week In Which to File An Agreed Motion for Judgment filed by Plaintiff United States of America and Claimant Neta Van Bebber.

That motion is GRANTED. The deadline for filing additional motions is reset from April 17, 2006, to April 24, 2006.

Done on this the ___17___ day of ___April___, 2006, in Brownsville, Texas.

HILDA G. TAGLE
UNITED STATES DISTRICT JUDGE