UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | CIVIL NO. B-04-152 |
| | * | |
| ONE PIECE OF REAL PROPERTY | * | |
| LOCATED IN CAMERON COUNTY, | * | |
| TEXAS,      Defendant. | * | |

**JUDGMENT FOR PLAINTIFF,
FINAL ORDER OF FORFEITURE, AND
ORDER FOR DISPOSITION OF PROCEEDS
FROM THE SALE OF THE DEFENDANT PROPERTY**

THIS DAY came on to be considered the filed by Plaintiff United States of America, Claimant Neta Van Bebber, and Claimants Brownsville Independent School District, Cameron County, Texas, Cameron County Drainage District No. 1, South Texas Independent School District, the City of Brownsville, Brownsville Navigation District, and Texas Southmost College District, sometimes hereinafter referred to as "Claimant Taxing Entities."

Having taken judicial notice of the matters on file in this case, the Court finds the following facts.

A) On August 30, 2004, a verified Complaint for Forfeiture styled as shown above was filed against that parcel of land, together with its buildings, improvements, fixtures, attachments, and accretions described as:

Lot Twelve 5, Block 205, containing 23.29 acres, more or less, El Jardin Resubdivision, Espiritu Santo Grant in Cameron County, Texas, according to the Map of said Subdivision recorded in Volume 4, page 48 Map Records of Cameron County, Texas;

hereinafter referred to as "the Defendant Property." That Complaint for Forfeiture sets out probable cause to believe that the Defendant Property is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(7).

B) The Defendant Property was brought into the jurisdiction of the Court by the posting of a Notice of Forfeiture Action on the Defendant Property advising all persons to appear and make any Claim they have to the Defendant Property and to make any Answer they have to the Complaint for Forfeiture.

C) Service has been effected on all potential Claimants to the Defendant Property both known and unknown.

D) On September 27, 2004, Brownsville Independent School District, Cameron County, Texas, Cameron County Drainage District No. 1, South Texas Independent School District, the City of Brownsville, Brownsville Navigation District, and Texas Southmost College District, sometimes hereinafter referred to as "Claimant Taxing Entities," filed a Claim to the Defendant Property and an Answer to Plaintiff's Complaint for Forfeiture. On September 28, 2994, Javier Barron and Marianna Barron filed an Answer to Plaintiff's Complaint for Forfeiture. On October 25, 2004, Neta Van Bebber filed a Claim to the Defendant Property an an Answer to Plaintiff's Complaint for Forfeiture.

E) Other than Claimant Taxing Entities, Javier Barron, Marianna Barron, and Neta Van Bebber, no person or entity filed a Claim, an Answer, or otherwise appeared to contest Plaintiff's forfeiture action. The time for filing a Claim and Answer having long passed, all persons and entities other than Claimant Taxing Entities, Javier Barron, Marianna Barron, and Neta Van Bebber are in default.

F) On April 5, 2006, the Answer of Javier Barron and Marianna Barron was striken and they were dismissed from this case.

G) Plaintiff United States of America, Claimant Taxing Entities, and Claimant Neta Van Bebber have entered into and agreement for an agreed resolution of this case which they have asked the Court to incorporate into its Judgment.

It is therefore, **ORDERED, ADJUDGED, AND DECREED**:

1) Judgement is hereby entered in this case in favor of Plaintiff against all potential claimants;

2) The interests of all persons and entities in the Defendant Property are hereby forfeited to the United States of America;

3) By reason of this Judgment, the United States of America is sole owner of and has clear and unencumbered legal and equitable title to the Defendant Property;

4) United States of America is Ordered, with all deliberate speed, to seize, process, and sell the Defendant Property and to disburse the proceeds from the sale of the Defendant Property in the following order of priority:

   i. to the costs of seizure, custodianship, and sale of the Defendant Real Property;

   ii. $9,715.94 to Claimant Cameron County, Texas, on behalf of itself and on behalf of Cameron County Drainage District No. 1, South Texas Independent School District, the City of Brownsville, Brownsville Navigation District, and Texas Southmost College District;

   iii. $10,779.98 to Claimant Brownsville Independent School District;

   iv. $12,174.87 plus $1.85 for each day from April 17, 2006, to

the day Claimant Neta Van Bebber is paid pursuant to this Judgment to Claimant Neta Van Bebber;

v.  the remainder to the Treasury Forfeiture Fund.

5)  As to Plaintiff, Claimant Taxing Entities, and Claimant Neta Van Bebber, this Judgment superceeds and replaces the Interlocutory Judgment as to Claimant Taxing Entities, document number 48 in the file of this case, and superceeds and replaces the Interlocutory Agreed Order and Stipulation of Facts which is document 47 in the file of this case.

Except as set out above, Plaintiff United States of America, Claimant Taxing Entities, and Claimant Neta Van Bebber shall pay their own costs, attorney's fees, and all other expenses of whatever kind arising out of or resulting from the seizure of the Defendant Property or from the institution, prosecution, or resolution of this case.

Signed at Brownsville, Texas, on this the _____ day of _____, 2006.

_____
HILDA G. TAGLE
UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM AND SUBSTANCE:

DONALD J. DeGABRIELLE, JR.
UNITED STATES ATTORNEY

_____
Allan Hoffmann
Assistant U. S. Attorney
Texas Bar No. 09778700
Southern District Bar No. 6042
1701 West Highway 83, Suite 600
McAllen, Texas 78501
Telephone: (956)630-3173 ex 236

Attorney for Plaintiff
United States of America

NETA VAN BEBBER

_____
Arthur "Gene" McCullogh
Attorney at Law
Texas Bar No. 00734267
Southern District Bar No. 19292
P. O. Box 2244
Harlingen, TX 78551-2244
Voice: (956)423-1234

Attorney for Claimant
Neta Van Bebber

CAMERON COUNTY, TEXAS
CAMERON COUNTY DRAINAGE DIST. NO. 1
SOUTH TEXAS INDEPENDENT SCHOOL DIST.
THE CITY OF BROWNSVILLE
BROWNSVILLE NAVIGATION DISTRICT
TEXAS SOUTHMOST COLLEGE DISTRICT
BROWNSVILLE INDEPENDENT SCHOOL DIST.

_____
Kent M. Rider
Attorney at Law
P. O. Box 17428
Austin, TX 78760
Texas Bar No. 16896000
Southern District Bar No. 13883
Telephone: (512)447-6675

Attorney for Claimant Taxing Entities